**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 21cr316 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Matthew Schwartz, | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER

Arrest warrant issued to the United States Marshal and Any Authorized Officer as to defendant Matthew Schwartz. The Government's motion to seal arrest warrant, criminal complaint, and supporting affidavit, is granted. Enter Order Attached.

Date: May 19, 2021

_M. David Weisman_
M. David Weisman
United States Magistrate Judge