UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>The single-family home located at 1511 Guthrie Drive, Inverness, Illinois, further described in Attachment A | Case Number: **21 CR 316**<br><br>Jeffrey I. Cummings<br>Magistrate Judge<br><br>**UNDER SEAL** |

**ORDER**

The UNITED STATES OF AMERICA by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Search Warrant, Application, and Affidavit, and having demonstrated good cause in support of its motion, specifically, that disclosure of the Search Warrant, Application, and Affidavit would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee, jeopardize the safety of the agents executing the warrant by alerting the occupants in advance to the execution of the search warrant, and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

IT IS HEREBY ORDERED THAT the Search Warrant, Application, and Affidavit be kept under seal for 180 days from the date of this Order, until November 13, 2021, or until further order of the court, which may include extensions of the seal upon a showing of good cause.

      This Order does not prohibit law enforcement personnel from disclosing the search warrant as necessary to facilitate the enforcement of criminal law, including the execution of the warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties.

ENTER:

_____
JEFFREY I. CUMMINGS
United States Magistrate Judge

DATE: May 20, 2021