FILED
5/25/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Case No: 21 CR 316 |
| MATTHEW SCHWARTZ | Honorable M. David Weisman |

## MOTION TO UNSEAL ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Unseal Arrest Warrant.

On May 19, 2021, Magistrate Judge M. David Weisman signed a criminal complaint charging MATTHEW SCHWARTZ with transmitting in interstate commerce communications containing a threat to injure the person of another in violation of Title 18, United States Code, Section 875(c). The government moved to seal the Complaint, Affidavit, and Arrest Warrant util the time of arrest of the defendant or further order of Court. Magistrate Judge Weisman granted the government's motion.

The government has reason to believe the defendant is aware of the outstanding warrant for his arrest and therefore, there is no longer a danger that disclosure of the arrest warrant could alert the defendant and result in his flight and the destruction of evidence. Furthermore, removing the seal from the arrest warrant will enable the government to enlist help from other law enforcement officials in executing the warrant.

For these reasons, the government respectfully requests that the Arrest Warrant be unsealed. The government requests that the Complaint and Affidavit remain under seal until the time of defendant's arrest or further order of the Court, whichever occurs earlier.

Date: May 25, 2021                                    Respectfully submitted,

                                                                                 JOHN R. LAUSCH, JR.
                                                                                 United States Attorney

                              By:    */s/ Kaitlin Klamann*
                                           KAITLIN KLAMANN
                                           Assistant U.S. Attorney
                                           219 S. Dearborn Street, 5th Floor
                                           Chicago, IL 60604
                                           (312) 353-5361