UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 21 CR 316 |
| v. | |
| MATTHEW SCHWARTZ | Honorable M. David Weisman |

### ORDER

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, having moved this Court to unseal the Arrest Warrant,

IT IS HEREBY ORDERED THAT the Arrest Warrant be unsealed. The Complaint and Affidavit shall remain under seal until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

ENTER:

*M. David Weisman*

DAVID M. WEISMAN
United States Magistrate Judge

DATE: May 25, 2021