IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| United States of America | ) ) ) ) | |
| vs. | ) ) ) | 21 CR 316 |
| Matthew Schwartz | ) ) | Magistrate Judge Susan E. Cox |

## ORDER

Initial appearance held. Defendant appears in response to arrest on 5/26/2021 at 12:05p.m. Defendant consents to proceed by phone. Defendant informed of his constitutional rights. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Donald J. Cosley appeared as retained counsel for the Defendant. Defendant informed of the charges against him and of the possible sentence and fine if convicted of those charges. Government moves for detention based on serous risk of flight. Detention hearing is set for 6/1/2021 at 2:00 p.m. before Judge Cox, at which time the parties shall address the preliminary examination. Call in information is 888-684-8852 and the passcode is 1664086. Government's oral motion to unseal the case is granted. Case is hereby ordered to be unsealed. Defendant is remanded into the custody of the U.S. Marshal Service.

(Time: 00:30)

ENTER:

Dated: 5/27/2021

_____
Susan E. Cox, United States Magistrate Judge