

**FILED**
6/2/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: UNITED STATES OF AMERICA
v.
MATTHEW SCHWARTZ

Case Number: 21-CR-316

An appearance is hereby filed by the undersigned as attorney for:
MATTHEW SCHWARTZ

Attorney name (type or print): Donald J. Cosley

Firm: Cosley Law Office

Street address: 1855 Rohlwing Road, Suite D

City/State/Zip: Rolling Meadows, IL 60008

Bar ID Number: 6224715
(See item 3 in instructions)

Telephone Number: (847)253-3100

Email Address: cosleylawoffice@comcast.net

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
✔ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on : June 2, 2021

Attorney signature: S/ *[signature]*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015