# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America<br>Plaintiff(s), | ) ) ) ) | |
| | ) | 21 CR 316 |
| | ) ) | |
| .    Matthew Schwartz<br>Defendant(s), | ) ) ) | Magistrate Judge Susan E. Cox |

## **ORDER**

Detention hearing held. Government's oral motion for detention is granted. Defendant's oral motion for release is denied for the reasons stated in open Court. Defendant is ordered to be detained based on danger to the community. Parties are to contact the Court to schedule a preliminary examination hearing. Detention order to follow.

(Time: 00:30)

Date:   6/1/2021

_____
U.S. Magistrate Judge, Susan E. Cox