UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 21 CR 316 |
| v. | ) | |
| | ) | Judge Susan E. Cox |
| MATTHEW SCHWARTZ | ) | |

**ORDER OF DETENTION PENDING TRIAL**

On May 19, 2021, the defendant was charged via criminal complaint in the Northern District of Illinois of transmitting in interstate commerce communications containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

An initial appearance in this matter was held on May 27, 2021. During the proceeding, the government made an oral motion pursuant to 18 U.S.C. § 3142(f)(1) for a detention hearing arguing that defendant posed a danger to the community. The Court scheduled a detention hearing for June 1, 2021.

At the June 1, 2021 detention hearing the government presented Exhibits 1 through 8 in support of its position that defendant posed a danger to the community and a serious risk of flight. The defendant, represented by counsel, argued in opposition to the government's motion for detention.

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proved by

1

clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

ACCORDINGLY, IT IS HEREBY ORDERED that Matthew Schwartz be committed to the custody of the U.S. Marshals for confinement in a corrections facility until the resolution of this case or until further order of the Court.

ENTERED:

_____
SUSAN E. COX
United States Magistrate Judge

Dated: 6/7/2021