# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                     Case No.: 1:21−cr−00316
                                                    Honorable M. David Weisman

Matthew Schwartz

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 7, 2021:

      MINUTE entry before the Honorable Susan E. Cox as to Matthew Schwartz: Parties informed the Court on 6/4/2021, that the Defendant waives his right to a preliminary examination in this matter. This Court enters a finding of probable cause. Defendant is ordered bound to the District Court for further proceedings. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.