**1:21-cr-00316**

**Presiding Judge Wood**
**Magistrate Judge Weisman**

FILED
6/22/2021 CL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FELONY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes**/No (You must answer 1b even if the answer is No)

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: 21 CR 316   US v. Schwartz   Magistrate Weisman

    1b. Should this indictment or information receive a new case number from the court? Yes/**No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? Yes/**No**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? Yes/**No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? Yes/**No**

5. Is this a transfer of probation supervision from another district to this District? Yes/**No**

6. What level of offense is this indictment or information? **Felony**/Misdemeanor

7. Does this indictment or information involve eight or more defendants? Yes/**No**

8. Does this indictment or information include a conspiracy count? Yes/**No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: cyberstalking   Category III

10. List the statute of each of the offenses charged in the indictment or information. 18 USC 2261A; 18 USC 875(c)

/s/ Kaitlin Klamann
KAITLIN KLAMANN
Assistant United States Attorney