**1:21-cr-00316**
**Presiding Judge Wood**
**Magistrate Judge Weisman**

Order Form (01/2005)

## United States District Court, Northern District of Illinois

19 GJ 1263

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jeffrey I. Cummings |
|---|---|---|---|
| CASE NUMBER | 21 CR 316 | DATE | 22 JUNE 2021 |
| CASE TITLE | U.S. v. MATTHEW SCHWARTZ | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL MAY 2021  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _[signature]_

NO BOND SET. DETAINED BY MAGISTRATE JUDGE.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                  UNDER SEAL)

Courtroom Deputy Initials: CC

Page 1 of 1



FILED
6/22/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CL