UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|       *Plaintiff*, | Case No. 21 CR 316 |
| v. | Hon. Andrea R. Wood |
| MATTHEW J. SCHWARTZ, | Magistrate Judge M. David Weisman |
|       *Defendant*. | |

**MOTION BY MATTHEW J. SCHWARTZ**
**FOR LEAVE TO SUBSTITUTE COUNSEL**

Defendant Matthew J. Schwartz ("Schwartz") moves this Court for leave to withdraw the appearance of Donald J. Cosley of the Law Offices of Donald J. Cosley as counsel of record for Schwartz in this matter, and for leave to substitute the appearances of Christopher T. Grohman and Anne L. Yonover of Taft Stettinius & Hollister LLP, pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois. In support thereof, Schwartz states:

1. Substitution of counsel will not result in undue delay of these proceedings, nor will it result in undue prejudice to any party to this litigation.

2. The proposed appearances are attached.

WHEREFORE, Matthew J. Schwartz respectfully requests this court grant his Motion, enter an order granting Donald J. Cosley leave to withdraw his appearance as an attorney of record for Matthew J. Schwartz in this action, for leave to file the appearances of Christopher T. Grohman

and Anne L. Yonover as attorneys of record for Matthew J. Schwartz, and such other and further relief as this Court deems necessary and appropriate.

Dated: June 30, 2021

Respectfully submitted,

**MATTHEW J. SCHWARTZ**

By: /s/ Christopher T. Grohman
One of His Attorneys

Christopher T. Grohman (ARDC No. 6242764)
cgrohman@taftlaw.com
Anne L. Yonover (ARDC No. 6321766)
ayonover@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
(312) 527-4000

70551091v1