# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America
v.
Matthew J. Schwartz

Case Number: 21 CR 316

An appearance is hereby filed by the undersigned as attorney for:
Matthew J. Schwartz

Attorney name (type or print): Christopher T. Grohman

Firm: Taft Stettinius & Hollister LLP

Street Address: 111 East Wacker Drive, Suite 2800

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6312144         Telephone Number: (312) 836-4109

Email Address: cgrohman@taftlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status:
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 30, 2021

Attorney Signature: s/ Christopher T. Grohman
(Use electronic signature if the appearance form is filed electronically)

Revised 8/1/2015

70551326v1