# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America
v.
Matthew J. Schwartz

Case Number: 21 CR 316

An appearance is hereby filed by the undersigned as attorney for:
Matthew J. Schwartz

Attorney name (type or print):   Christopher T. Grohman

Firm:   Taft Stettinius & Hollister LLP

Street Address:   111 East Wacker Drive, Suite 2800

City/State/Zip:   Chicago, Illinois 60601

Bar ID Number:   6312144            Telephone Number:   (312) 836-4109

Email Address:   cgrohman@taftlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status:   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   June 30, 2021

Attorney Signature:    s/   Christopher T. Grohman
(Use electronic signature if the appearance form is filed electronically)

Revised 8/1/2015

70551326v1