**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                 Case No.: 1:21−cr−00316
                                                                Honorable Andrea R. Wood

Matthew Schwartz

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 2, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Arraignment proceedings held on 7/2/2021. With the consent of the Defendant, all parties appear by phone pursuant to the CARES Act. Defendant's motion for leave to substitute counsel [34] is granted. The Clerk shall terminate the appearance of Donald J. Cosley. Attorney Christopher T Grohman appears as retained counsel. Defendant is informed of his rights. Defendant acknowledges receipt of the Indictment, waives formal reading, and enters a plea of not guilty as to all counts against him in the Indictment. Defendant shall remain detained. The Government shall comply with its obligations pursuant to Fed. R. Cr. P. 16.1(a) by 7/8/2021. The Government's motion for entry of unopposed protective order governing discovery [33] is granted. Enter order. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Telephonic status hearing set for 8/20/2021 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Without objection, time will be excluded through and including 8/20/2021 in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pretrial preparation. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.