# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | Case No. 21 CR 316 |
| v. | Hon. Andrea R. Wood |
| MATTHEW J. SCHWARTZ, | Magistrate Judge M. David Weisman |
| *Defendant*. | |

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL OF RECORD FOR MATTHEW J. SCHWARTZ

Christopher T. Grohman ("Grohman") and Anne L. Yonover ("Yonover") respectfully move to withdraw their appearances as counsel for Matthew J. Schwartz ("Schwartz") in this matter. In support, the undersigned state as follows:

1. On June 30, 2021, Grohman filed a motion for leave to substitute as counsel for Schwartz (Dkt. 34).

2. On June 30, 2021, Grohman and Yonover filed their appearances on behalf of Schwartz (Dkts. 35 and 36).

3. On July 2, 2021, this Court entered an order granting Grohman's motion for leave to substitute as counsel (Dkt. 37).

4. On July 14, 2021, Grohman received communication from Schwartz wherein Schwartz wished to terminate their attorney-client relationship. Schwartz informed Grohman that he had retained new counsel, who should be filing his appearance forthwith.

5. Substitution of counsel will not result in undue delay of these proceedings, nor will it result in undue prejudice to any party to this litigation.

WHEREFORE, Christopher T. Grohman and Anne L. Yonover respectfully request this Court grant their Motion, grant them leave to withdraw their appearances as counsel of record for Matthew J. Schwartz in this action, and such other and further relief as this Court deems necessary and appropriate.

Dated: July 16, 2021                                                     Respectfully submitted,

                                                                        By: /s/ Christopher T. Grohman

Christopher T. Grohman (ARDC No. 6242764)
cgrohman@taftlaw.com
Anne L. Yonover (ARDC No. 6321766)
ayonover@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
(312) 527-4000

70650795v2