# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                      Case No.: 1:21−cr−00316

                                               Honorable Andrea R. Wood

Matthew Schwartz

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 19, 2021:

      MINUTE entry before the Honorable Andrea R. Wood as to Matthew Schwartz: Defendant's counsel has filed a motion for leave to withdraw [40]. In the motion, Defendant's current counsel states that Defendant has retained new counsel, who should be filing an appearance forthwith. To ensure continuity of counsel, the Court grants leave for new counsel to file an appearance but reserves ruling on the motion to withdraw until Defendant's new counsel has filed an appearance. If new counsel does so promptly, the motion will be granted without need for a motion hearing. In the case that new counsel is delayed in filing his or her appearance, a motion hearing is set for 8/6/2021 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons gr anted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.