# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:21−cr−00316
Honorable Andrea R. Wood

Matthew Schwartz

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 3, 2021:

MINUTE entry before the Honorable Andrea R. Wood as to Matthew Schwartz: At the agreed email request of the parties, the telephonic status hearing set for 11/5/2021 is stricken and reset for 11/5/2021 at 9:45 AM. **(TIME CHANGE ONLY).** Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.