## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America
v.
Matthew Schwartz

Case Number: 21 CR 316

An appearance is hereby filed by the undersigned as attorney for:

Matthew Schwartz

Attorney name (type or print): Adam Sheppard

Firm: Sheppard Law Firm, P.C.

Street address: 180 N. LaSalle, Suite 2510

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6287375
(See item 3 in instructions)

Telephone Number: (312) 443-1233

Email Address: adam@sheppardlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☑ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/06/22

Attorney signature: S/ Adam Sheppard

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015