**THE HINDA INSTITUTE**

Our Mission: 0% Recidivism, 100% Acceptance

January 24, 2022

To whom it may concern,

I am writing a formal letter of support for Matthew Schwartz. Mr. Ronald and Fran Schwartz and their son Matthew are clients of the Hinda Institute since 2021. The family receives casework and counseling support and our chaplains visit Matthew in the MCC when accessible.

**About the Hinda Institute**

For close to 40 years, the Jewish chaplains and staff of the Hinda Institute have dedicated themselves to helping individuals and their families navigate the criminal justice system and re-entry to society with faith, community, and dignity. Our holistic approach includes support, counseling and rehabilitation services, visitation, advocacy, holiday services, educational programs, financial assistance and support for families.

**Support on Pretrial Release**

The Hinda Institute will support the Schwartz family throughout his pretrial release. We will provide the following services:

1. Individual caseworkers and counseling for both the family and Matthew (weekly). They will monitor the situation and support the supervisory officers as needed.

2. Home visits by a Hinda chaplain.

3. Access to our peer support groups (family support group, addiction support group, reentering support group)

4. Monthly reentry courses

Upon Matthew's release, we will make a psychiatrist and psychologist available to evaluate Matthew and recommend a complete treatment plan.

Thank you for your time and compassion. Please don't hesitate to contact me to discuss further at (847) 334-1770.

Rabbi Binyomin Scheiman

Director; The Hinda Institute

 www.hindahelps.com     847-430-4955     9401 Margail Avenue, Des Plaines, Illinois 60016