January 26, 2022

Re: Letter of Support for Matthew Schwartz

To Whom It May Concern:

My name is Kyle Brand Padilla, and I am Licensed Clinical Social Worker (LCSW). I write this letter in support of Matthew Schwartz to outline how my experiences as a LCSW and as a case manager for Mr. Schwartz will aid in his successful reentry.

I work full-time with a program through the University of Chicago called Healing Hurt People Chicago (HHP-C) where I am a Trauma Intervention Specialist *II*. Here, I provide intensive clinical case management, therapeutic intervention, and trauma healing with individuals who have been impacted by community violence.

Prior to working with HHP-C, I worked as a social worker case manager with Cabrini Green Legal Aid where I supported individuals who were currently or former incarcerated with meeting their basic needs or assisting them in navigating the legal system. I worked within legal areas such as pending criminal defense matters, post deposition probation support, criminal records expungement or sealing, post-conviction parole accompaniment, housing evictions or denials and family visitation or parenting time.

Having partnered with the Hinda Institute in November 2021 as a contact case worker, I have been utilizing my experience in trauma healing and intervention with my past work within the legal system to provide clients at Hinda with in-depth support and the necessary resources so they can be successful at navigating parole and other challenging systems upon reentry.

If you have any questions, please email me at Kyle@HindaHelps.com, or call me at 708-785-9325.

Thank you for your time and Consideration.

Sincerely:

Kyle Brand Padilla, LCSW