734335 ²/₂

# WARRANTY DEED

THE GRANTORS,

**Edward P. Knoll,**
**AND**
**Mary K. Knoll a/k/a Mary K. King,**
**Husband and Wife,**

of the Village of Inverness, County of Cook,
State of Illinois, for and in consideration of TEN
AND NO/100 DOLLARS ($10.00) and other good
and valuable consideration in hand paid,
CONVEY and WARRANT to

**Matthew Schwartz**

GRANTEE'S ADDRESS:

_600 Thompson_
_Buffalo Grove IL 60089_

the following described Real Estate situated in
Cook County in the State of Illinois, to wit:

LOT 3 IN INVERNESS HILLS, BEING A SUBDIVISION OF THE WEST ½ OF THE
SOUTHEAST ¼ OF SECTION 7, TOWNSHIP 42 NORTH, RANGE 10, EAST OF THE
THIRD PRINCIPAL MERIDIAN; AND OF THE NORTHWEST ¼ OF THE NORTHEAST ¼
OF SECTION 18, TOWNSHIP 42 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL
MERIDIAN, IN COOK COUNTY, ILLINOIS.

SUBJECT TO: General Real Estate taxes for 2018 and subsequent years; and to covenants, conditions,
restrictions of record, building lines and easements.

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State
of Illinois. TO HAVE AND TO HOLD said premises forever.

Permanent Real Estate Index Number(s): 02-07-404-003-0000

Address of Real Estate: 1511 Guthrie Drive, Inverness, IL 60010

**Citywide Title Corporation**
**850 W. Jackson Blvd., Ste. 320**
**Chicago, IL 60607**

DATED this _20_ day of _February_, 2019.

_Edward P. Knoll_
Edward P. Knoll

_Mary K. Knoll_
Mary K. Knoll a/k/a Mary K. King,

*1906616134D*

Doc# 1906616134 Fee $42.00

RHSP FEE:$9.00 RPRF FEE: $1.00
EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 03/07/2019 12:40 PM PG: 1 OF 3

State of Illinois, County of _____ *Cook* _____, ss.

I, the undersigned, a Notary Public, in and for said County, in the State aforesaid, DO HEREBY CERTIFY, that **Edward P. Knoll AND Mary K. Knoll a/k/a Mary K. King**, personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that they signed, sealed and delivered the said instrument, as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and seal, this _20_ day of _Feb_____, 2019.

_____Karen Calandra_____
NOTARY PUBLIC

Commission expires: _June 20_, _20_.

> OFFICIAL SEAL
> **KAREN CALANDRA**
> Notary Public – State of Illinois
> My Commission Expires June 20, 2020

This instrument was prepared by Roger W. Stelk, 1500 W. Shure Drive, Suite 245, Arlington Heights, IL 60004.

**MAIL TO:**

Ronald Schwartz
750 Lake Cook Road #290
Buffalo Grove, IL 60089

**SEND SUBSEQUENT TAX BILLS TO:**

Matthew Schwartz
1511 Guthrie Drive
Inverness, IL 60010

734335

## REAL ESTATE TRANSFER TAX

01-Mar-2019

 

| | |
|---|---|
| COUNTY: | 262.50 |
| ILLINOIS: | 525.00 |
| TOTAL: | 787.50 |

02-07-404-003-0000 | 20190301612628 | 2-101-298-592

# Review of title for 1511 Guthrie Drive, Inverness

From:  Michelle Spaulding (mspaulding@precisiontitlecompany.com)

To:  schwartzronald@att.net

Date:  Monday, January 24, 2022, 03:44 PM CST

After review of the public records, we find no recorded liens against this property.

If you have any questions feel free to give me a call.

**Michelle M. Spaulding**

Vice President/Marketing

Precision Title Company

2050 E. Algonquin Road, Suite 602

Schaumburg, Il.  60173

Phone: 847-394-6004

Cell: 630-347-5268

Fax: 847-925-2994

WARNING - FRAUDULENT FUNDING INSTRUCTIONS Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account. The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please notify the sender and delete the material from your computer.