WARRANTY DEED.—JOINT TENANCY FOR ILLINOIS     FORM 221     CHICAGO
LEGAL BLANKS

## 24982898

**This Indenture,** *Made this* ____4th____ *day of* ____April____

19 79, *between* Paul Alan Schneider and Margot E. Schneider, his wife

*of the* Village of Arlington/Heights *in the County of* ____Cook____ *and State of*
Illinois ____ *parties of the first part, and* Ronald Schwartz and Fran Schwartz,
his wife, as joint tenants and not as tenants in common ____ 3304 Page Rd
____ *of the* Village of Arlington Heights ____ *in the County of*
____Cook____ *and State of* ____Illinois____ *parties of the second part:*

**Witnesseth,** *That the part* ies *of the first part, for and in consideration of the sum of*
$10.00 and other good and valuable considerations ____ Dollars *in hand paid,*

*convey* _____ *and warrant* _____ *to the said parties of the second part, not in tenancy in common, but
in joint tenancy, the following described Real Estate, to-wit:* Lot 301 in Northgate Unit No. 3
being a subdivision in the East half of Section 8 and in the West half of
Section 9, Township 42 North, Range 11, East of the Third Principal Meridian,
in Cook County, Illinois.

THIS INSTRUMENT WAS PREPARED BY

Frank Schneider: 3136 N. Austin ave.

Chicago, Illinois 60634

COOK COUNTY, ILLINOIS
FILED FOR RECORD

MAY 31 '79   2 14 PH     #24982898

*situated in the* Village of Arlington Heights ____ *County of* ____Cook____, *in
the State of Illinois, hereby releasing and waiving all rights under and by virtue of the Homestead
Exemption Laws of the State of Illinois.*
**To Have and to Hold** *the above granted premises unto the said parties of the second part forever,
not in tenancy in common, but in joint tenancy.*
Subject to the taxes for 1978 and subsequent years.

Subject to easements and building line of record.

1

THIS INSTRUMENT WAS PREPARED BY

Frank Schneider: 3136 N. Austin ave.

Chicago, Illinois 60634

COOK COUNTY, ILLINOIS
FILED FOR RECORD

MAY 31 '79  2 14 PM

*24982898

situated in the Village of Arlington Heights _____ County of ___ Cook _____, in

the State of Illinois, hereby releasing and waiving all rights under and by virtue of the Homestead
Exemption Laws of the State of Illinois.

To Have and to Hold the above granted premises unto the said parties of the second part forever,
not in tenancy in common, but in joint tenancy.

Subject to the taxes for 1978 and subsequent years.

Subject to easements and building line of record.

In Witness Whereof, the said part ies of the first part ha ve hereunto set their hand
and seal ____ the day and year first above written.

_____ Paul Dean Schneider _____ (Seal)

_____ Margot E. Schneider _____ (Seal)

_____ (Seal)

_____ (Seal)

24982898

State of Illinois
County of Cook }ss.

I, Frank Schneider, a notary Public

..................................................in and for said County, in the

State aforesaid, Do Hereby Certify, That Paul Alan Schneider and

Margot B. Schneider

personally known to me to be the same person s whose name s are
subscribed to the foregoing instrument, appeared before me this day in person,
and acknowledged that the y signed, sealed and delivered the said Instrument
as their free and voluntary act, for the uses and purposes therein set
forth, including the release and waiver of the right of homestead.

Given under my hand and notarial seal, this

29th day of May A. D. 19 79

Notary Public

My Commission Expires 10-3-82

BOX

# *Warranty Deed*

## JOINT TENANCY FOR ILLINOIS

LASALLE NATIONAL BANK
RESIDENTIAL LOAN DEPT.
135 So. LASALLE STREET
CHICAGO, ILLINOIS 60690

**ADDRESS OF PROPERTY:**

**MAIL TO:**

Box No 9

**GEORGE E. COLE & COMPANY**

subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that t_he_y signed, sealed and delivered the said Instrument as__their____free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

**Given** under my hand and __notarial__ seal, this

29th ____ day of ____ May ____ A. D. 19 79

_____ Notary Public

My Commission Expires 10-3-82