Date: August 13, 2021

To Whom It May Concern,

Re: Matthew J. Schwartz

Dear Sirs/Madams,

This will confirm that the undersigned are the parents of Matthew J. Schwartz and that we reside at 3308 N. Page St., Arlington Heights, IL 60004. We are very willing and able to have Matthew J. Schwartz reside at our residence at 3308 N. Page St., Arlington Heights, IL 60004 as part of any requirement or program for his release and continued stay until the conclusion of any court proceedings.

*Fran Schwartz*
Fran Schwartz

*Ronald Schwartz*
Ronald Schwartz