Matt

Faith Schwartz (faithsg6@gmail.com)
schwartzronald@att.net
Monday, August 23, 2021, 05:49 PM CDT

To Whom it May Concern,

I was married to Matthew Schwartz for 14 years and have three children with him. I have known Matt for 25 years and have never known him to be violent with anyone. He was never violent with me or any of our children.

Sincerely,

Faith Schwartz