To whom it may concern,

My name is Tracy Aberman and I am Matt Schwartz's younger sister and I have never seen him do anything violent during my life or time with him. I do not know him to be a violent person.

Thank you,
Tracy Aberman