UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW SCHWARTZ | Case No. 21 CR 316<br><br>Judge Martha Pacold |

**EMERGENCY MOTION TO SEAL EXHIBIT 1
TO DEFENDANT'S MOTION FOR PRETRIAL RELEASE**

NOW COMES the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Emergency Motion to Seal Exhibit 1 to Defendant's Motion for Pretrial Release.

1. On January 28, 2022, defense counsel Adam Sheppard filed a motion seeking defendant's release from custody. Dkt. Entry 57. Attached to the motion as Exhibit 1 is an unredacted copy of the Pretrial Services Report in this case. *Id.* Exhibit 1.

2. Public disclosure of the Pretrial Services Report is expressly prohibited pursuant Title 18, United States Code, Section 3153(c)(1). This prohibition is clearly stated at the top of the first page of the Pretrial Services Report.

3. In addition to the statutory prohibition on disclosure, sealing of the Pretrial Services Report is also necessary and requires emergency action because the report discloses victim and witness identifying information relating to a prior domestic battery arrest. Disclosure of this information on the public docket violates

the victim's right to privacy and places the victim at risk of harassment, intimidation, and retaliation. Therefore, good cause exists to seal this information from public view.

WHEREFORE, the government respectfully requests the Court seal Exhibit 1 to the Defendant's Motion for Pretrial Release. Dkt. Entry 57.

Dated:  January 30, 2022

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant U.S. Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300