UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 21 CR 316 |
| | ) | |
| vs. | ) | Honorable Andrea Wood |
| | ) | |
| MATTHEW SCHWARTZ | ) | |

**DEFENDANT'S RESPONSE TO PRETRIAL SERVICES' AMENDED EMERGENCY MOTION TO SEAL EXHIBIT 1 TO DEFENDANT'S MOTION FOR PRETRIAL RELEASE**

Now Comes Defendant, MATTHEW SCHWARTZ, by and through his attorney, Sheppard Law Firm, P.C., and responds as follows to Pretrial Services Amended Emergency Motion to Seal Exhibit 1 to Defendant's Motion for Pretrial Release:

Defendant concurs in Pretrial Services' request to seal exhibit 1 to defendant's motion for pretrial release and thus moves for the same relief.

Respectfully submitted:

/s/ Adam Sheppard
An Attorney for Defendant

Sheppard Law Firm, P.C.
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
Adam Sheppard IL Bar No. 6287375
Barry Sheppard IL Bar No. 2579901

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing response was served on January 30, 2022, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Adam Sheppard<br>Attorney for Defendant

Adam Sheppard
180 North LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
adam@sheppardlaw.com
IL Bar. No. 6287375