

GOVERNMENT
EXHIBIT
1











