



+1 (217) 803-7845

And that is why. But don't push me.

You've already fucked me up enough. Sadistic torture. Worst nightmare. 45+ guys hundreds of times plus god knows how many women. $300k. Do you think anybody on the face of this earth would just let this go? Just be happy I'm taking the high road and not hurting you. Most people would choose a different path. Don't fuck with me or I will become most people. I will choose #2 instead of #4. Don't be dumb

I really don't want to hurt you that way. I don't want to do #1, 2, 3. Don't make me. Don't fuck.me up. Don't antagonize me. It would be really dumb. And by the way, what I got planned is completely independent on me, and if anything happens to me it will





One more time by the numbers:

1). 2 years of sadistic torture
2). Subjected to my worst nightmare
3). 45+ men
4). 2 dozen+ women
5). Hundreds of times.
6). Almost everyday.
7). Multiple times on many days.
8). Used my love for you to manipulate
9). Finessed out of $260k cash
9). Finessed out of $40k swag
10). Thrown away like yesterday's garbage

Who would just walk away and let that go? Who in this world? Think about the egregious crimes. Wouldn't you react in some way? Must guys would have literally killed you with their bare hands long ago. You are lucky I'm not most guys.

