





deceit betrayal abuse and neglect fucked me up so bad it twisted me into a completely different person. And what you took from me left me severely depleted. And the you threw me away like I was nothing. And if you combine all of that – the abuse. The betrayal. The deceit. The neglect. The theft. And the discard. You completely destroyed me. You destroyed a good man who loved you. And that ended up Fucking my kids up hard. Fucking my employees over. Fucking my clients over. What you did to me fucked up a lot of people. And your all la di da back to the party. You just don't care about the massive amounts of damage you caused. I should have just killed you. But I couldn't live with myself. And now the best choice is for me to kill myself. I bet you won't care. Or worse. You'll be Fucking happy about

