Disposition Order

(This form replaces CCG-0081 and CCG-0682)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Any order of protection which would expire on a court holiday shall instead expire at the close of the next court business day. 750 ILCS 60/220 (f)

_____

} Petitioner

CASE NO. 20OP30796

v.

MATTHEW SCHWARTZ

PIC

LEADS NO. _____

Respondent

RESPONDENT'S D.O.B. 07/05/69

### DISPOSITION ORDER
Orders of Protection

☑ Independent Petition
☐ Domestic Relations
☐ Criminal Proceeding

**THE COURT FINDS THAT:**
(Strike if inapplicable)

☑ An Emergency Order of Protection was issued on DECEMBER 7 _____, 2020 .

☐ An (Interim/Plenary) Order of Protection was issued on _____, _____ .

☐ An (Emergency/Interim/Plenary) Order of Protection was previously extended on _____, _____ .

**THE COURT HAVING JURISDICTION OF THE SUBJECT MATTER IT IS HEREBY ORDERED THAT:**

1. ☒ The Emergency Order of Protection is extended to: **January 19, 2021** at **11:59** p.m.
or     Date
☐ The (Interim/Plenary) Order of Protection previously issued is hereby extended to:
_____ Date
_____, _____ at _____ .m.

2. ☒ A hearing on the Emergency Order of Protection is set for **January 19, 2021** at **1:30** p.m.
or ☐ A hearing on the (Interim/Plenary) Order of Protection is set for _____ Date
_____, _____ at _____ .m.

in the Court located at 2121 EUCLID AVENUE, ROLLING MEADOWS, IL 60008
Address     HEREBY CERTIFY THE ABOVE TO BE CORRECT 107

3. ☐ The Emergency Order of Protection is vacated.    DATE: 12-28-20 (K.P.)   Room No.
or ☐ The (Interim/Plenary) Order of Protection is vacated.   CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

4. ☐ The Emergency Order of Protection is terminated.    This order is the command
or ☐ The (Interim/Plenary) Order of Protection is terminated.   of the Circuit Court and ... lation thereof is subject

5. ☐ The Emergency Order of Protection is modified as follows: ... the penalty of the law.
or ☐ The (Interim/Plenary) Order of Protection is modified as follows:
_____
_____

6. ☒ Alias Summons to issue
☐ Service by publication

7. ☐ Case Number _____ is dismissed.

Atty. No.: _____

Name: THE COURT

Atty. for: _____

**ENTERED:**

**E N T E R E D**
Judge Samuel J. Betar -1769

DEC 28 2020

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Dated: DECEMBER 28 _____, 2020

_____
Judge         Judge's No.

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

GOVERNMENT
EXHIBIT
4
_____