

**Maybe: Matt**

This is Matt. With our hearing today I figure this is the only time I can send you a text without getting arrested. Please do not have me arrested for sending this text. It is the last text you'll ever get from me. I promise. And it is not mean or adversarial at all. In fact there is love and kindness in these paragraphs. Please have compassion towards me.

I just wanted to let you know that Dexter passed away one week ago today. I am so sad about it. He was only 4 years old. Poor little guy. Anyway I know you loved him and he loved you. He was never the same after you and Louie left. I'm getting a paw print molding done before they cremate him. I'm having an extra one made up for you. I'm having a funeral for him at the end of next week. Alix said she was going to come. I'll give her the paw print to give to you.

I'm very sorry for being so mean to you and for everything I put you through. I am truly sorry for hurting you. I'm sorry for not being the man you needed. I want you to know I forgive you for everything you put me through and the damage you did to me. It took me time and it wasn't easy but I have recovered from it and it made me stronger in

< Maybe: Matt

for everything I put you through. I am truly sorry for hurting you. I'm sorry for not being the man you needed. I want you to know I forgive you for everything you put me through and the damage you did to me. It took me time and it wasn't easy but I have recovered from it and it made me stronger in the end. I have made my peace with it. I have gotten over it. I have moved on. And I forgive you.

There will always be a place for you in my heart. I will never forget you. I am good now. I never thought I would but I got through it. I do miss seeing that smile of yours and hearing that boisterous laugh. I hope you smile and laugh often. I hope you find what you're looking for. I hope you find peace and happiness. And I hope you have a good life.

I have decided not to go to the hearing today. I'm not going to fight you this time. You can extend it if you want or you can let it go. It's your choice. I promise you that no matter what you decide, I will leave you alone. I just wanted to let you know about Dexter. Please give Louie a big hug for me.

I wish you love beautiful Snowflake.

Matt