12118548

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC VIOLENCE DIVISION

FILED
2/5/2021 1:41 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

[REDACTED],

    Petitioner,

v.

MATTHEW SCHWARTZ,

    Respondent.

No. 2020OP30796

### NOTICE OF MOTION

TO: [REDACTED]

On the __23__ day of __February__, 2021 at __1:30__ A.M./__P.M.__ or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge, or any Judge sitting in his/her stead, in Courtroom Number 107 via REMOTE ZOOM HEARING, and present the attached pleading(s) requesting:

**MOTION TO VACATE THE TWO-YEAR PLENARY ORDER OF PROTECTION AND RE-SET THE MATTER FOR HEARING**

ZOOM ID#: 946 4349 5571
PASSWORD: 814307

Attorney Signature: _____

### CERTIFICATE AND AFFIDAVIT OF DELIVERY PERSONALLY, BY MAIL, BY FACSIMILE OR BY EMAIL

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that the above notice and any attached pleadings were ☐ personally delivered OR ☒ placed in the U.S. mail at 1855 Rohlwing Road, Suite D, Rolling Meadows, IL 60008, with first class postage prepaid and directed to all parties of record at the address(es) set forth above, on or before 5:00 p.m. on this __5__ day of __February__, 2021 OR ☐ via facsimile (0 pages sent from the office of Cosley Law Office, sender's facsimile number is (847) 253-3434 to recipient's facsimile number) OR ☐ via email (sender's email is doncosley@gmail.com to recipient's email above).

_____ (Signature)

DONALD J. COSLEY (Print Name)

Attorney Name: Donald J. Cosley
Firm Name: Cosley Law Office
Attorney for: Matthew Schwartz
Firm Address: 1855 Rohlwing Road, Suite D, Rolling Meadows, IL 60008
Firm Phone: (847) 253-3100
Attorney No.: 32514

GOVERNMENT EXHIBIT 6