GOVERNMENT EXHIBIT 7

