

7:35    LT

MESSAGES

8 Ball

> Covid killed Nelix

> And I'm sure there's much much more. So yeah life is fun

> Haley is about to get evicted from her apartment

> Faith badgers me every day

> I don't know how it's come to this

> So yeah a killing spree/suicide is sounding pretty good these days

> I'm out of drives and can't afford more

GOVERNMENT EXHIBIT 8

2



7:35    .ıl LT

m

Laid not late

If I could get this house fixed up which I can't, I would sell it and just live in my tesla. It has YouTube so I'll be OK and it has Internet

I can't even jerk off successfully anymore

I'm getting weight and can barely fit in any clothes I have

Life sucks hard

How can things get any worse?

Oh yeah I could be in prison

7:35     .ıl LT

 m

VIEW PROFILE

6:07 PM

> I pissed away 6 million dollars on. 2.5 years. Ha Ha. About a million of it was stolen or finessed. by various people. A million to bad investments. A million to debt. A million to drugs and virus. A million to my house and car. A million to everything else. Faith. Kids. College. Two cruises. Tons of girls clothing shoes and wigs. Etc etc etc. I've got about half a million left but it's locked up and o can't touch it.

Josh hasn't spoken too me in over



7:35 — m — LT

I miss him so much

And people like her and ▇ are just fine. Enjoying lives that they built on my back. While I struggle

The FBI is investigating me

The cops around here are always up my ass

I have no income

My house is in shambles

Thank you Mike

