## [EXTERNAL EMAIL] - Me. Matthew Schwartz

**Matthew Schwartz <matt@nelix.com>**
Thu 12/3/2020 6:42 AM

**To:** Groff, Holly (CG) (FBI)
**Cc:** David Winston

Hello Ms Groff,

I understand you have been talking to my assistant, ▇▇▇▇▇▇. And since you have mentioned her "boss", I assume you want to question her about me. As I am a law abiding citizen, I cannot be sure what your interest in me is, but based on Detective Winston's line of questioning of me and my people, and the trouble I've had with DCFS, and the law, related to ▇▇▇▇▇▇▇▇▇▇, and the line of work of my ex girlfriend, ▇▇▇▇▇▇▇▇. I can make an educated guess of what you might suspect. So I thought perhaps I can answer some questions for you.

#1 – Where I got my money. In august 2018 – I sold my business, NELIX TRANSAX, LLC – to Pineapple Payments LLC for 13.5 million dollars. NELIX TRANSAX was a provider of credit card processing technology. I ran this company from dec 2006 to aug 2018. Of this money, I walked away with 6.5 million. I had a second business, NELIX Inc, a web development firm, that was also generating good revenue. I kept this business. This business was operating from march 2000, until just a few months ago when it collapsed due to the government response to the pandemic.

#2 – DCFS – allegations were bogus and were thrown out.

#3 – Case in Lake County IL, related to ▇▇▇▇▇▇▇▇, complete bogus and made up – all lies. Case dismissed.

#4 – ▇▇▇▇▇▇▇▇▇▇. I met her on a dating site. Tinder I think if I remember correctly. Her profile said she was 25 and she looked 25, and acted like she's 30. I found out much later that she was a 16 year old runaway! Yikes! Thankfully, I never slept with her. We hung out together a fair amount but never dated. We became friends however. She had a boyfriend named ▇▇▇▇▇▇▇▇▇▇▇▇▇ who she was living with. At one point, her car got totaled. I felt bad for her. I had started dating ▇▇▇▇▇▇▇, an extremely jealous girl. She asked me to cut all ties with every woman I knew, including ▇▇▇▇▇. I tried to do that around Christmas of 2018. But I felt really bad for ▇▇▇▇▇, she was struggling and told me I was the only person who was ever nice to her. She was saving up to buy a Porsche then her car got totaled. So before I cut ties, for Christmas that year, I gave her the rest of the money she needed to buy that Porsche. Her boyfriend, ▇▇▇▇ stole the Porsche from her almost immediately after she purchased it. My heart bleeds – so I got a rental from Hertz, and let ▇▇▇▇▇ borrow it. Now I'm not exactly clear on what happened, but from what I understand, she chased her boyfriend on the expressway and rammed into his car. The rental was impounded of course and Hertz eventually picked it up. I got banned and sued by Hertz. And apparently ▇▇▇▇▇ had everything she owned in the back of that car. She wanted my help retrieving the stuff, and I was helping, but I wasn't moving fast enough for her – I'm a very busy man. So one night, she walked into my house (I accidentally let the door unlocked). She attacked me with a screw driver, then a hammer, then a knife. She stole two phones and my and my son's passports, and took off. I reported this to the inverness police. The next morning using Find my iPhone, I tracked her to a starbucks parking lot. I went there and tried to retrieve my phones. I didn't know she had my passports at the time. I was able to get one of the phones, she attacked me with a knife. I disarmed her and threw the knife under a car in the parking lot to get it away from the both and of us, then took off. Somehow, I was arrested for attacking her with a knife and trying to steal her phone. Completely untrue. That was when I learned she was 16 years old and a runaway. Of course, I had done nothing wrong, so the case was dismissed and so were the DCFS indications. ▇▇▇▇▇ is now 18, living in Los Angeles, and opening a business. She has a new boyfriend who is helping her with the business. She is living with a friend of hers. She has caused me a lot of trouble and there are police reports that have documented this, but she has apologized, I do hear from her from time to time, I do care about her and I am proud of what she's' doing to try to get her act together.

**GOVERNMENT EXHIBIT 12**

#5 – my ex-girlfriend ▮▮▮▮. I met her online and we clicked immediately. She was 20 years old. Much younger than the woman I usually date, but we connected big time so I went with it. It turns out she had trouble with her boyfriend ▮▮▮▮ a guy who gave her herpes, beat her regularly, and forced her into prostitution, and pimped her out. I got her away from ▮▮▮, and I thought away from prostitution, and we started dating in December 2018. What I didn't know was that she continued prostituting herself behind my back the entire course of the relationship. Worse, she pretended to love me but never actually did, which she admitted to me at the end. I was just a job. She manipulated me out of approximately 300K. We broke up earlier this year, right before I went into rehab in early September. She has been back to full out prostitution since then as far as I know and she has been involved with at least 4 different pimps. Many of her crazy friends have been around here, and they, as well as her, have stolen a great deal – approximately 50K of possessions from me.

#6 – women around my home. Many have been employees of mine. I have had 2 assistants. One of them has been an endless cycle of girls. They have stolen from me, blown of work, or just have been completely incompetent, so I've been through many assistants. The other of course is ▮▮▮▮ who has been with me for over two years. With the pandemic, I work from home, so many of my employees have been coming to my house to work. Men and women. Additionally, since I live at home, and I have a huge empty house and a huge heart. I have let some of my friends who have been down on their luck stay here with me in one of my spare bedrooms. Also, I'm single. So I date. And the girls I date have friends and they come to my house sometimes. And I too have friends that come around many of them women. I also have a 20 year old daughter who brings her friends around. With all this, there tends to be a lot of women around my home. Many of them beautiful women. I'm a lucky guy from that respect. That is not a crime as far as I know.

I live an interesting, somewhat crazy life. But I am not a criminal. I am not violent. Not a trafficker as DCFS once thought. They have dropped that crazy and incorrect idea. I most assuredly am not involved in sex trafficking, or the business of prostitution. I'm not a sex slaver. I'm not pandering. I'm not pimping. I do not sell girls. Or guys for that matter. I do not profit from the sex industry in any way shape or form. I do not sell or traffic drugs. I do not sell or traffic weapons. I do not own a gun or have a gun in my possession. I do not launder. I do not gang bang. I do not facilitate gambling. I do not steal. I do not scam. I do not commit fraud. I do not spy. I do not embezzle, extort or blackmail. I do not trespass. I do not commit treason. I am not a terrorist. I hurt nobody and only help people. I put spiders outside instead of killing them. I admit I'm late on my taxes, but I always pay them and my accountant is working on them. And I'm not the best driver, but with my Tesla, I can set it at the correct speed and it stays in the lanes and I'm good to go.

All of this information, with your resources, I am sure can be verified as true and accurate. I am a law abiding citizen who does nothing but help the people I care about. I am not smart with it comes to women, and I have gotten involved with some bad ones. I'm trying to get smarter with that. That is an ongoing process. I will fully cooperate with you so that you can see that there is nothing here that the FBI would be interested in. I can also connect you with my attorney, my father, Ronald Schwartz, if you would like. Unless you want to hear crazy stories about my dating life, I am not a person of interest. Please feel free to ask me any questions that you may have that I did not answer here.

I leave you with my latest poem

# Misunderstood

My heart bleeds
I care to much
But I get burned
By the people I touch

No good deed goes unpunished

I'm sad to say that is true
I do so much for the people I love
But what I get back leaves me blue

Nobody understands me
Nobody has walked in my shoes
The pressure I'm under is crushing
And it Seems like there's always bad news

I solve one problem
Two more arise
And the girls I've dated
Always feed me lies

And I end up making decisions
Operating under false pretense
There's a better way to live
They don't get it - they are dense

Life is so much better
When people are good to each other
Be good your friends and your family
Especially to your mother

If your good to them they will be good to you
That's how it's supposed to work
Like, If you're my girlfriend
It should not be on other men you twerk

If you're good to me then I'm good to you
That's how its supposed to be
But that's so rarely happens
Why can't these people see

There's a lot of love in my heart
But I just get screwed over
I can use a change of luck
Where is my four leaf clover

I'm good to everyone
I'm just not good to me
I kind of hate myself
Because of my bad decisions you see

Because as a child I was sick
My body was weak and broken
That's why I try so hard
And why I am so outspoken

I need to prove something to the world
I need to prove I'm not weak
My life is great but I'm so depressed
I can't find the answers that I seek

I think I've gone the wrong direction
I feel so down and lost
I've been lucky to date some beautiful girls
But I can't stomach the horrible cost.

I used to have confidence and self esteem
But that's not true anymore
I think it's because the women I've known
My last girlfriend was a whore

She cheated on me
with more than 45 guys!!
She finessed me out of money
but never heard my cries.

I'm good with business
I've had great success
But for some reason
I'm still a mess.

I'm trying to fix me
At least I'm self aware
But people use and abuse me
It's just not fair

But I still do good
I can't change that
And I'm gaining weight
I feel like I'm getting fat.

What can I do?
I am who I am
I'm overwhelmed
I can't tell the ham from the spam

But I have no choice
So I carry on
For my three amazing kids
My daughter and my two sons.

So I'll keep trying
The best that I can
For all the good people
The bad I just can't understand

847-682-6054

Sincerely,
Matt Schwartz

--
**Matthew J. Schwartz**
CEO | NELiX, Inc.

1511 Guthrie Drive
Inverness IL 60010
Office: 847.407.9400
Direct: 847.407.9404
Email: matt@nelix.com



NELiX.com  |  LinkedIn  |  Twitter  |  Facebook