Date: 09/21/2021  
Time: 03:21 PM  

Federal Bureau of Prisons  
TRULINCS  
Message  
Sensitive But Unclassified  

Facility: CCC

### Message

FROM: 54469424 SCHWARTZ, MATTHEW J  
TO: ▉  
SUBJECT: RE: RE: Hi  
DATE: 07/12/2021 02:40 PM  

I know, but it will be OK.  This new attorney has given me lots of hope.  I'm going to switch to him.  Call Debbie - seriously - call her ASAP and tell her that we talked and we want to move forward.  She'll explain how s he can help...

847-▉

Matt  
▉ on 7/12/2021 1:06 PM wrote:

\>

The charges are serious Matt.. & i don't know how else to help you but marry you Hahahah seriously.. they can still make a case without me

MATTHEW J SCHWARTZ on 7/11/2021 6:51:22 PM wrote  
I'm ok - just feel like my life is falling apart.  E-mail me after you talk to my attorney tomorrow.  I hope you are OK.....

Matt  
-----▉ on 7/11/2021 12:06 AM wrote:

\>

No I pretty much have a deep holes in my thigh and my leg how are you holding up ?

MATTHEW J SCHWARTZ on 7/10/2021 10:19:44 PM wrote  
OH NO!!!!!  I hope you are OK!   OUCH.  Pitbulls bite hard.   Email me back later to let me know you are OK...

That sucks!  I'm glad he responded to you...   Feel better!   Damn Pitbull  
-----▉ on 7/10/2021 8:36 PM wrote:

\>

It was, I showed up iMessage he responded told me to call him Monday, I'm omw to the hospital now  I was bit by a pitbull my thigh has holes in it

MATTHEW J SCHWARTZ on 7/10/2021 6:53:55 PM wrote  
OK, IDK if that's is cell phone though.  It may be, but it may not be.  I'm not sure texts will go through  
-----▉ on 7/10/2021 4:21 PM wrote:

\>

I texted him today

MATTHEW J SCHWARTZ on 7/7/2021 3:06:46 PM wrote  
▉

I've been told very clearly by my attorney this morning that I am not allowed to talk to you anymore until my case is over.  AS you might be a witness in this case.

My attorney is ▉.  If you have any questions you can call him...  He can exaplain...



GOVERNMENT  
EXHIBIT  
14

Date: 09/21/2021  Federal Bureau of Prisons  Facility: CCC
Time: 03:21 PM

TRULINCS

**Message**

Sensitive But Unclassified

I"M SORRY :-(  :-(  :-(

Matt

----- ▓▓▓▓▓▓▓▓▓ on 7/7/2021 12:51 PM wrote:

>

Of course I can and when are you gonna call

MATTHEW J SCHWARTZ on 7/6/2021 2:06:42 PM wrote
Hello Love

Can you send me a some pictures?  I have a photo album here with some pictures of my kids.  It would be nice to have a couple pictures of you too!!

Matthew Schwartz 54469-424
Metropolitan Correction Center
71 N. Van Buren
Chicago IL 60605

Thank you!!!  I'm working on getting the forms and getting things setup with the chaplain!

Yay!!!  Finally I have a great day while I'm in here :-)  Thank you!!!!

Matt