███████████'s Neighbor

I met a man who claims to be an acquaintance of one of the tenants of our community. He told me some very disturbing things. I have verified what he told me, and it appears he was telling me the truth. We have a very serious situation here at ███████████. There is a prostitute living at ███████ ███████████. I have seen her wearing very revealing clothing, stumbling around drunk at late hours, and keeping very unappealing and unsafe people around her (who I assume are gang bangers, pimps, drug dealers and other women of ill-repute). This not only brings down the value of our community, but makes it unsafe as well. I have become afraid to walk outside at night.

- This girl is bringing dangerous people around our families
- This girl is having sex with our husbands. (I have been told that she has herpes, so you better hope she's not messing with yours). She is clearly a homewrecker.
- This girl is a horrible example for our children

I do not want to raise my children in an environment that welcomes this type of person and behavior. If there is one, there are probably more, or soon will be. Her name is ███████████ and her prostitute name is ████████. Included are pictures of her.

**Here are links to her prostitution ads**

I invite you to do your own research, and verify the facts for yourself. And then I urge you to take action. Let's not let ███████████s become the ghetto of Schaumburg. Please contact management (I have included ████ contact information below for your convenience), and tell them that you demand they take action. I have already informed them I will not be renewing my lease if this type of person remains in our community. She represents a danger to all of us.

████ **Contact Info:**

From a concerned tenant.
Thank you.

GOVERNMENT EXHIBIT 17