**From:** Concerned Citizen <cconcerned703@gmail.com>
**Sent:** Thursday, October 1, 2020 3:52 AM
**To:**
**Subject:** [EXT]Re: Concern. Please help.

**Security WARNING: \*\*\*This is an EXTERNAL email\*\*\* Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email.**

I see that nothing has been done about this girl. In fact, it appears her lease has been renewed. This is very upsetting to me and others. WIthin the next few days, I will be informing other tenants of this situation. Hopefully when the entire community reaches out to you to express their concerns, you will finally take action.

Sincerely,
Concerned Tenant

On Thu, Jul 16, 2020 at 3:20 AM Concerned Citizen <cconcerned703@gmail.com> wrote:
> Hello. I am one of your tenants. I am writing to you today representing a group of your tenants all with the same concern. We have all chosen to stay anonymous for our own safety. You have a tenant at ▇▇▇. I believe it's apartment ▇▇, parking bay ▇▇. Her name is ▇▇▇.
>
> This girl is an active prostitute. Here is proof: ▇▇▇
>
> She has a constant parade of men coming in and out of the apartment. Not to be racist, but many of them black, who clearly look like pimps and gangbangers. They are scary people. They come in at night drunk and make a ruckus. She turns her music up super high. This is not the kind of environment we want to live in nor is it one we want to raise kids in. You will find many people not renewing their lease, unless she is removed from the community.
>
> Please do something about this.
>
> Thank you.
> Concerned tenants.

GOVERNMENT
EXHIBIT
18