**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                       Case No.: 1:21−cr−00316
                                             Honorable Andrea R. Wood

Matthew Schwartz

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 23, 2022:

    MINUTE entry before the Honorable Andrea R. Wood as to Matthew Schwartz: Telephonic status hearing held on 6/23/2022 and continued to 7/22/2022 at 9:15 AM. The parties may contact the courtroom deputy to schedule a change of plea hearing. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Without objection, time will be excluded through and including 7/22/2022 in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pretrial preparation, and for the continued delays associated with the COVID 19 pandemic. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.