**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                     Case No.: 1:21–cr–00316
                                                       Honorable Andrea R. Wood

Matthew Schwartz

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, July 22, 2022:

        MINUTE entry before the Honorable Andrea R. Wood as to Matthew Schwartz: Telephonic status hearing held on 7/22/2022. Change of plea hearing set for 8/23/2022 at 10:45 AM. The parties shall provide the Court with a copy of the plea document 24 hours in advance of the hearing. Without objection, time will be excluded through and including 8/23/2022 in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pretrial preparation, and for the continued delays associated with the COVID 19 pandemic. Mailed notice (dal, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.