UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 21 CR 316 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Andrea R. Wood |
| MATTHEW SCHWARTZ | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been assigned in the above captioned case.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By: */s/ Irene Sullivan*
    IRENE SULLLIVAN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-353-5342

August 19, 2022