CAT 2    JUDGE WOOD    Felony
MAGISTRATE JUDGE WEISMAN
21CR316
FILED    SH
8/23/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes**

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **21 CR 316; U.S. v. Matthew Schwartz**

    1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **Yes**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **21 CR 316; U.S. v. Matthew Schwartz; Judge Wood**

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Sex Offenses (II)**

10. List the statute of each of the offenses charged in the indictment or information.
    **18 USC 2252A(a)(5)(B); 18 USC 2253(a)**

                                                    */s/ Irene Sullivan*
                                                    IRENE SULLIVAN
                                                    Assistant United States Attorney