**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,

v.  Case No.: 1:21−cr−00316
Honorable Andrea R. Wood

Matthew Schwartz
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 23, 2022:

MINUTE entry before the Honorable Andrea R. Wood as to Matthew Schwartz: Arraignment and change of plea proceedings held on 8/23/2022. Defendant Matthew Schwartz is informed of his rights and the charges against him. After inquiry on the record, the Court finds that the Defendant knowingly and voluntarily waives his right to proceed by indictment. Enter Waiver of Indictment. The case will proceed by information. Defendant acknowledges receipt of the superseding information and waives formal reading. Defendant enters a plea of guilty to Count 1s of the superseding information. The Court accepts the plea and enters judgment of guilty as to Matthew Schwartz. Enter Plea Agreement. Defendant is to remain in custody pending the resolution of this case. Cause referred to the probation department for a presentence investigation report. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Sentencing set for 12/2/2022 at 10:30 AM. Any motion to proceed by videoconference shall be made by 11/22/2022. The Government's objections to the presentence investigation report and sentencing memorandum shall be filed by 11/14/2022. Defendant's objections to the presentence investigation report and sentencing memorandum shall be filed by 11/21/2022. The Probation Office is directed to provide the sentencing recommendation to Defendant, counsel for Defendant, and counsel for the Government. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.