**FILED**

**AUG 2 3 2022**

**JUDGE ANDREA WOOD**
**U.S. DISTRICT COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 21 CR 316 |
| MATTHEW SCHWARTZ | |

## WAIVER OF INDICTMENT

I, MATTHEW SCHWARTZ, the above named defendant, who is accused of possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B), being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on August 23, 2022 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MATTHEW SCHWARTZ
Defendant

_____
BARRY SHEPPARD
Attorney for Defendant