# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA
Plaintiff,

v.  Case No.: 1:21−cr−00316
Honorable Andrea R. Wood

Matthew Schwartz
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2022:

MINUTE entry before the Honorable Andrea R. Wood as to Matthew Schwartz: At the emailed request of defense counsel, the sentencing set for 12/2/2022 is stricken and reset for 12/12/2022 at 1:30pm in courtroom 1925. The Government's objections to the presentence investigation report and sentencing memorandum shall be filed by 11/28/2022. Defendant's objections to the presentence investigation report and sentencing memorandum shall be filed by 12/5/2022. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.