**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** ) | |
| ) | **No. 22 D 12** |
| **Jeffrey B. Steinback** ) | |
| ) | **(Before the Executive Committee)** |
| **An Attorney** ) | |

## ORDER

Jeffrey B. Steinback was admitted to practice before the General Bar of this Court on June 9, 1977 and the Trial Bar of this Court on March 22, 1983. On June 6, 2022, the United States District Court for the Northern District of Iowa entered an order that sanctioned Jeffrey B. Steinback by way of (a) a public reprimand, (b) barring Mr. Steinback from the practice of law in the Northern District of Iowa without the express written permission from the Chief Judge of that Court, and (c) fining him in the amount of $5000.00.

The Executive Committee of this Court entered a Citation ordering Mr. Steinback to respond within fourteen (14) days, pursuant to Rule 83.26(c) of the Local Rules of this Court, stating why the imposition of discipline by this Court, identical to that imposed by the United States District Court for the Northern District of Iowa, would be unwarranted and the reasons therefore ("Show Cause" Order).

Mr. Steinback requested several extensions of the time to respond, and the Committee granted those extensions, requested on June 28, 2022, July 18, 2022, and August 11, 2022. The Committee conditioned the most recent extension on Mr. Steinback's voluntary commitment to cease any practice before this court pending the resolution of the Citation. On August 26, 2022, attorneys for Mr. Steinback filed a response to the Citation. In its September 20, 2022 order, the Executive Committee suspended Mr. Steinback from the practice of law in the Northern District of Illinois unless co-counsel, who has filed an appearance on the case, is present and/or signs all pleadings until further order of the court. The Executive Committee also required Mr. Steinback to furnish additional information in response to its earlier Show Cause order.

The Executive Committee having reviewed the information submitted in response,

IT IS HEREBY ORDERED that, until further order of this court, Mr. Steinback is suspended from the practice of law in the Northern District of Illinois unless co-counsel has filed an appearance in the case, participates in any in-person, video, or telephonic hearings, and signs all pleadings filed on behalf of the client(s).

IT IS FURTHER ORDERED that Mr. Steinback is barred from requesting a continuance in any case on the basis of his personal schedule or physical or health limitations; if he is not able personally to participate in court proceedings, his co-counsel will be expected to represent the client(s) without interruption, in proceedings and on the schedule as ordered by the presiding judge.

IT IS FURTHER ORDERED that within fourteen (14) days of the entry of this order, and within fourteen (14) days of their entry of an appearance in any new case, Mr. Steinback and co-counsel will file a certification in the court that their client has reviewed and accepts the restrictions imposed by this Executive Committee Order.

IT IS FURTHER ORDERED that the Executive Committee will entertain a motion to amend this Order no earlier than one calendar year from the date of its entry.

IT IS FURTHER ORDERED that the Clerk of the Court shall post this Order on the docket in every pending case which Mr. Steinback has filed an attorney appearance.

IT IS FURTHER ORDERED that the Clerk of Court shall cause a copy of this Order to be e-mailed to Mr. Steinback's attorneys: Adrian Vuckovich (av@cb-law.com) and Kathryne Hayes (khayes@cb-law.com).

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

**Hon. Rebecca R. Pallmeyer, Chief Judge**

Dated at Chicago, Illinois this 4th day of November, 2022.