## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                        Case No.: 1:21–cr–00316

                                        Honorable Andrea R. Wood

Matthew Schwartz

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2022:

       MINUTE entry before the Honorable Andrea R. Wood as to Matthew Schwartz: The Government's second motion for an extension of time to provide restitution information [88] is granted. The time for the Government to provide victim restitution information to the Court and the Probation Department pursuant to 18 U.S.C. § 3664 is extended to 11/28/2022. If the Government is not able to provide the necessary information by 11/28/2022, it shall petition the Court for further relief at that time. Furthermore, if the parties have any concerns about their ability to prepare for sentencing scheduled for 12/12/2022 as a result of the delayed provision of restitution information, then they may request appropriate relief from the Court as well. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.