

# *Office of the Sheriff*

### *Winnebago County*

★

### *Gary Caruana*
*Sheriff*



650 West State Street
Rockford, Illinois 61102
815-319-6000

September 19, 2022

**Matthew Schwartz** completed the **Re-Entry Success: Seven Strategies for Getting a Job with a Record** course.

The course shows how individuals can generate legitimate income after prison, regardless of your education, funds, or lack of either. This course teaches seven specific, powerful, practical, memorable and attainable strategies to help job applicants with a criminal history get jobs.

Sincerely,

Cori Hilliard
Inmate Program Coordinator



*295th Nationally Accredited*     *Law Enforcement Agency*

# *Office of the Sheriff*
## *Winnebago County*



### *Gary Caruana*
#### *Sheriff*



650 West State Street
Rockford, Illinois 61102
815-319-6000

MAILED FROM
WINNEBAGO COUNTY JAIL

October 19, 2022

To Whom It May Concern:

**Matthew Schwartz has** successfully completed the VirtualiaNetwork Vocational Training Program. The training teaches students how to be a productive contributor to Freelancing networks and the strategies to get a five star rating for their work. Freelancing is a mainstream industry and growing rapidly.

Participants learn about telework, which can be conducted at home over the internet. A person's background isn't necessary as most of these jobs create a portfolio that includes the person's name and star rating for the work they complete.

Businesses of all sizes are turning to the web to scout and hire talent because it's faster and cheaper than the traditional hiring process. The VirtualiaNet series focuses on training for positions as a freelance transcriber, translator, customer support specialist, virtual assistant, web designer and advertising manager.

Sincerely,

Cori Hilliard
Inmate Program Coordinator

*295ᵗʰ Nationally Accredited*          *Law Enforcement Agency*



By the grace of G-D

# Certificate of Completion

Proudly presented to

# Matthew Schwartz

For having successfully completed the

*"Happiness The Ladder Up"*

*Correspondence Course*

Provided by

## The Aleph Institute

Rabbi Aaron Lipskar
Executive Director

Rabbi Menachem M. katz
Director of Prison Programs

**Awarded on August 18, 2022**

B"H

**THE ALEPH INSTITUTE**
JOSEPH AND STERNA GUTNICK NATIONAL HEADQUARTERS
9540 Collins Avenue • Miami, Florida 33154--7127
(305) 864-5553 • Fax: (305) 864-5675 • www.aleph-institute.org



Rabbi Yossi Cohen
*Director of Educational Programs*

**Chairman / Founder**
Rabbi Sholom D. Lipskar

August 18, 2022

**President**
Lloyd S. Rubin

Mr Matthew Schwartz # 182288
Winnebago Comm Corr Ctr
315 S Court St
Rockford, IL 61102

**Executive Director**
Rabbi Aaron Lipskar

**Director of Outreach Programs**
Rabbi Menachem M. Katz

||l,.ll....ll.,ll..,l,l,ul,l,l

**Director of Operations**
Moshe N. Barouk

Dear Mr Schwartz,

**Director of Military Programs**
Rabbi Sanford L. Dresin

CONGRATULATIONS!!!
On behalf of the Aleph Institute, I would like to take the time to congratulate you on your completion of the Happiness The Ladder Up Course.

**Director of Advocacy**
Rabbi Zvi Boyarsky

**Director of Family Programs**
Rabbi Shua Brook

May the Torah lessons that you have learned bring you much light, strength, direction, connection to G-d and true joy. As the Lubavitcher Rebbe stated "You should go from strength to strength." This achievement should be a stepping stone for further accomplishments and successes in your Jewish studies and practices.

**Director of Religious Education**
Rabbi Yossi Stern

**Programs Coordinator**
Moshe Blizinsky

Wishing you all the best and much luck,

\* \* \*

Thank you for your interest in enrolling in our Correspondence Course program.

**Spark of Light Prison Program**

P.S. If you haven't already requested a new course, feel free to reach out.

**Operation: Enduring Traditions**

Best,
Your Correspondence Course Team

**F.E.E.L.S Family Programs**

RELIGIOUS MATERIALS • ETHICAL EDUCATION • RABBINICAL VISITATIONS
FAMILY SERVICES • RELIGIOUS FREEDOM ADVOCACY • PROGRAMS FOR PRISONS & THE MILITARY

# PACKING LIST

**Hard Cover?**

88612

## THIS IS NOT AN INVOICE

**CUSTOMER ID 178831**

**aleph**
INSTITUTE
THE ALEPH INSTITUTE
9540 Collins Avenue • Surfside, Florida 33154-7127
(305) 864-5553 • Fax: (305) 864-5675

☐ **Military Order**

(815) 987-7399      X

zzrons@sbcglobal.net

AUTHORIZED RELIGIOUS BOOKS       RELIGIOUS BOOK STORE
**TO:** MR MATTHEW SCHWARTZ       # 182288
**C/O:** WINNEBAGO COMM CORR CTR
315 S COURT ST
ROCKFORD, IL 61102

| QTY. | DESCRIPTION | |
|---|---|---|
| 1 | Happiness The ladder Up - Diploma | 619D |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Printed**

**INV. #**
88612

**ORDER DATE**
8/18/2022

**DATE SHIPPED**

**VIA**

**BY**

**Returned**
○ Yes
**Resent Date**

By the grace of G-d

# Certificate of Completion

Proudly presented to

## Matthew Schwartz

for having successfully completed the

"*Kabbalah of Time*"
Correspondence Course

Provided by

**The Aleph Institute**

aleph INSTITUTE

Awarded on August 18, 2022

Rabbi Aaron Lipskar
Executive Director

Rabbi Menachem M. Katz
Director of Prison Programs

B"H

## THE ALEPH INSTITUTE
JOSEPH AND STERNA GUTNICK NATIONAL HEADQUARTERS
9540 Collins Avenue • Miami, Florida 33154--7127
(305) 864-5553 • Fax: (305) 864-5675 • www.aleph-institute.org



**Chairman / Founder**
Rabbi Sholom D. Lipskar

**President**
Lloyd S. Rubin

**Executive Director**
Rabbi Aaron Lipskar

**Director of Outreach Programs**
Rabbi Menachem M. Katz

**Director of Operations**
Moshe N. Barouk

**Director of Military Programs**
Rabbi Sanford L. Dresin

**Director of Advocacy**
Rabbi Zvi Boyarsky

**Director of Family Programs**
Rabbi Shua Brook

**Director of Religious Education**
Rabbi Yossi Stern

**Programs Coordinator**
Moshe Blizinsky

\* \* \*

**Spark of Light Prison Program**

**Operation: Enduring Traditions**

**F.E.E.L.S Family Programs**

August 18, 2022

Mr Matthew Schwartz # 182288
Winnebago Comm Corr Ctr
315 S Court St
Rockford, IL 61102

Ildılıllıı..ılldıluuldılıIld

Dear Mr Schwartz,

CONGRATULATIONS!!!
On behalf of the Aleph Institute, I would like to take the time to congratulate you on your completion of the Kabbalah of Time Course.

May the Torah lessons that you have learned bring you much light, strength, direction, connection to G-d and true joy. As the Lubavitcher Rebbe stated "You should go from strength to strength." This achievement should be a stepping stone for further accomplishments and successes in your Jewish studies and practices.

Wishing you all the best and much luck,

Thank you for your interest in enrolling in our Correspondence Course program.

P.S. If you haven't already requested a new course, feel free to reach out.

Best,
Your Correspondence Course Team

RELIGIOUS MATERIALS • ETHICAL EDUCATION • RABBINICAL VISITATIONS
FAMILY SERVICES • RELIGIOUS FREEDOM ADVOCACY • PROGRAMS FOR PRISONS & THE MILITARY

# PACKING LIST

**THIS IS NOT AN INVOICE**

**Hard Cover?**

88613



**CUSTOMER ID 178831**

**THE ALEPH INSTITUTE**

9540 Collins Avenue • Surfside, Florida 33154-7127
(305) 864-5553 • Fax: (305) 864-5675

## ☐ Military Order

(815) 987-7399        X

zzrons@sbcglobal.net

AUTHORIZED RELIGIOUS BOOKS     RELIGIOUS BOOK STORE

**TO:** MR MATTHEW SCHWARTZ            # 182288
**C/O:** WINNEBAGO COMM CORR CTR
315 S COURT ST
ROCKFORD, IL 61102

| QTY. | DESCRIPTION | |
|---|---|---|
| 1 | Kabbalah of Time - Diploma | 707D |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Printed**

**INV. #**
88613

**ORDER DATE**
8/18/2022

**DATE SHIPPED**

**VIA**

**BY**

**Returned**
○ Yes

**Resent Date**

# CERTIFICATE OF PARTICIPATION

### AWARDED TO

## *Matthew Schwartz*

For participation in Prison Yoga Project's yoga and embodied mindfulness program.

Prison Yoga Project supports incarcerated people with trauma-informed yoga and mindfulness practices to promote rehabilitation, reduce recidivism, and improve public safety.


**PRISON YOGA PROJECT**

*Stacy Morrissey, Program Facilitator*          10/20/22



# BREAKING FREE ™
## *Online*

## THIS IS TO CERTIFY THAT



## MATTHEW SCHWARTZ

# HAS ENGAGED WITH
# BREAKING FREE ONLINE

TOTAL NUMBER OF
TREATMENT EPISODES

**52**

TOTAL TIME SPENT BUILDING
RECOVERY CAPITAL

**13 hours 54 minutes**



ON THE DATE OF

**1 November 2022**



# Certificate of Completion

Presented To

## *MATTHEW SCHWARTZ*

For Successfully Completing

**Skillsoft: Become a Great Listener**

Completion Date :
August 17, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Difficult People: Why They Act That Way
and How to Deal with Them**

Completion Date :
May 18, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

### Presented To

## *MATTHEW SCHWARTZ*

*For Successfully Completing*
**Skillsoft: Building Your Presentation**

Completion Date :
August 17, 2022

Course Location :
GTL LMS

*Skillsoft*



# skillsoft

# Certificate of Completion

### Presented To

## *MATTHEW SCHWARTZ*

*For Successfully Completing*

**Skillsoft: Choosing and Using the Best Solution**

Completion Date :
August 17, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Cultivating Relationships with Your Peers**

Completion Date :
August 17, 2022

Course Location :
GTL LMS

*Skillsoft*



# skillsoft®

# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Ensuring Successful Presentation Delivery**

Completion Date :
August 18, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Establishing Self-confidence for Life**

Completion Date :
August 18, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Interacting with Customers**

Completion Date :
August 18, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## *MATTHEW SCHWARTZ*

*For Successfully Completing*

**Skillsoft: Making and Carrying Out Tough Decisions**

Completion Date :
August 18, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *MATTHEW SCHWARTZ*

*For Successfully Completing*

**Skillsoft: Solving Problems: Generating and
Evaluating Alternatives**

Completion Date :
August 19, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

### MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Managing Pressure and Stress to Optimize Your Performance**

Completion Date :
August 19, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *MATTHEW SCHWARTZ*

*For Successfully Completing*

**Skillsoft: Overcoming Your Own Unconscious Biases**

Completion Date :
August 19, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Reaching Sound Conclusions**

Completion Date :
August 19, 2022

Course Location :
GTL LMS

*Skillsoft*



# skillsoft

# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Receiving Feedback**

Completion Date :
August 19, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: The Art of Staying Focused**

Completion Date :
August 19, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *MATTHEW SCHWARTZ*

*For Successfully Completing*

**Skillsoft: Overcoming Unconscious Bias in the Workplace**

Completion Date :
August 20, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *MATTHEW SCHWARTZ*

*For Successfully Completing*

**Skillsoft: *Planning an Effective Presentation***

*Completion Date :*
*August 20, 2022*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Uncovering and Utilizing Your Talents and Skills**

Completion Date :
August 20, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**Skillsoft: Understanding Unconscious Bias**

Completion Date :
August 20, 2022

Course Location :
GTL LMS

Skillsoft



STEVE COPLON'S

# PERSONAL FINANCE
and
# SMALL BUSINESS OWNERSHIP COURSE

This is to certify that

## MATTHEW SCHWARTZ

has successfully completed the requirements of this course
and is hereby awarded this certificate

Completion Date
August 21, 2022

Course Location
GTL LMS

Steve Coplon
Founder/Executive Director
Right Thinking Foundation



# Peace Education Program
The Prem Rawat Foundation

This certificate acknowledges that

*MATTHEW SCHWARTZ*

has participated in the Peace Education Program

August 21, 2022



**U TOPUCU** ™

Presented To

**MATTHEW SCHWARTZ**

For Successfully Completing

TOPUCU

Completion Date :

August 21, 2022

The Only Person U Cheat is U

Course Location :

GTL LMS

# *Office of the Sheriff*

## *Winnebago County*



### *Gary Caruana*
*Sheriff*



650 West State Street
Rockford, Illinois 61102
815-319-6000

August 25, 2022

**Matthew Schwartz** completed the **Re-Entry Success: Bottom-Line Reasons to Hire the Formerly Incarcerated** course.

This course discusses getting a job after release. Finding employment post-release is often one of the most difficult challenges a returning citizen faces. This course teaches powerful and persuasive tools to use to enhance your job application and interview process. This course is based on material through the *National Campaign to Hire the Formerly Incarcerated.* Each Re-Entry Course is created to be engaging, interesting, interactive, responsive and targeted to add value for disadvantaged populations without being condescending. This one focuses on removing the negative narrative from the interview process.

Sincerely,

Cori Hilliard
Inmate Program Coordinator

MAILED FROM
WINNEBAGO COUNTY JAIL

*295th Nationally Accredited*     *Law Enforcement Agency*

# *Office of the Sheriff*

### *Winnebago County*



### *Gary Caruana*
#### *Sheriff*



650 West State Street
Rockford, Illinois 61102
815-319-6000

August 25, 2022

**Matthew Schwartz** completed the **Re-Entry Success: Communication: What's the Point** course.

The purpose of this course is to teach effective communication skills tailored to the needs and challenges of incarcerated and/or marginalized citizens. So much in life depends on communication, but often, we feel misunderstood. Each Re-Entry Course is created to be engaging, interesting, interactive, responsive and targeted to add value for disadvantaged populations without being condescending. This one teaches powerful, effective and practical communication strategies to use in everyday life, and for job searches.

Sincerely,

Cori Hilliard
Inmate Program Coordinator



*295th Nationally Accredited*    *Law Enforcement Agency*

# *i-Pathways*

# Certificate of Completion

*Presented To*

**MATTHEW SCHWARTZ**

*For Successfully Completing*

**i-Pathways Test Preparation Course: Basic Math**

Completion Date :
August 27, 2022

Course Location :
GTL LMS

*i-Pathways*

# *i-Pathways*

# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**i-Pathways Test Preparation Course: Science**

Completion Date :
August 27, 2022

Course Location :
GTL LMS

*i-Pathways*

# *i-Pathways*

# Certificate of Completion

Presented To

## MATTHEW SCHWARTZ

For Successfully Completing

**i-Pathways Test Preparation Course: Basic Writing**

Completion Date :
August 28, 2022

Course Location :
GTL LMS

*i-Pathways*

# *i-Pathways*

# Certificate of Completion

*Presented To*

## *MATTHEW SCHWARTZ*

*For Successfully Completing*

**i-Pathways Test Preparation Course: Social Studies**

*Completion Date :*
*August 28, 2022*

*Course Location :*
*GTL LMS*

*i-Pathways*

# *i*-Pathways

# Certificate of Completion

*Presented To*

## MATTHEW SCHWARTZ

*For Successfully Completing*

**i-Pathways Test Preparation Course: Literacy**

Completion Date :
August 29, 2022

Course Location :
GTL LMS

*i-Pathways*

# *i*-Pathways

# **Certificate of Completion**

### Presented To

## *MATTHEW SCHWARTZ*

---

### *For Successfully Completing*

**i-Pathways Test Preparation Course: Math**

Completion Date :
August 29, 2022

Course Location :
GTL LMS

*i-Pathways*

# *Office of the Sheriff*

## *Winnebago County*

★

### *Gary Caruana*
*Sheriff*



650 West State Street
Rockford, Illinois 61102
815-319-6000

September 19, 2022

To Whom It May Concern,

This letter is to confirm that **Matthew Schwartz** completed participation in the Beyond Prison, Probation and Parole Video Series.

The Beyond Prison, Probation and Parole series features stories told by formerly incarcerated men and women who have overcome the hurdles, stigmas and challenges faced by individuals released from prison. Each person featured in the series shares the lesson they have learned from the mistakes they've made and how those lessons helped to shape each person's successful transition from prison back to their family, community and society. Each feature in the series is a powerful tool to motivate people who are transition from a life of poor choices, substance abuse and criminal behavior to a positive and productive life.

Sincerely,

Cori Hilliard
Inmate Program Coordinator

*295th Nationally Accredited*  *Law Enforcement Agency*



# *Office of the Sheriff*
## *Winnebago County*

★

### *Gary Caruana*
#### *Sheriff*



650 West State Street
Rockford, Illinois 61102
815-319-6000

September 19, 2022

**Matthew Schwartz** completed the **Re-Entry Success: Elevate Your Future With Elevator Pitches** course.

    This course teaches people with a criminal history how to use elevator pitches as a powerful persuasive tool to elevate their future in job interviews and other life situations. It teaches the fundamentals of making an elevator pitch, how to make a good one, and how to use it to better their post-release life, relationships and to help in getting a job. Each Re-Entry Course is created to be engaging, interesting, interactive, responsive and targeted to add value for disadvantaged populations without being condescending.

Sincerely,

*Cori Hilliard*

Cori Hilliard
Inmate Program Coordinator

*295ᵗʰ Nationally Accredited*    *Law Enforcement Agency*

# *Office of the Sheriff*



## *Winnebago County*

★

### *Gary Caruana*
*Sheriff*



650 West State Street
Rockford, Illinois 61102
815-319-6000

September 19, 2022

**Matthew Schwartz completed** the **Re-Entry Success: Great Interviews and Jobs for the Formerly Incarcerated** course.

The course teaches powerful, practical tools and strategies to help improve interviewing and job search skills to aid in getting hired and getting better jobs. The highlights of this course include what you should and should not do before a job interview, as well as how to build rapport during the interview.

Sincerely,

Cori Hilliard
Inmate Program Coordinator

*295ᵗʰ Nationally Accredited*              *Law Enforcement Agency*

# *Office of the Sheriff*

### *Winnebago County*



### *Gary Caruana*
### *Sheriff*



650 West State Street
Rockford, Illinois 61102
815-319-6000

September 19, 2022

**Matthew Schwartz** completed the **Re-Entry Success: Illegal to Legal: How to Start a Business** course.

The course shows how individuals can generate legitimate income after prison, regardless of your education, funds, or lack of either. This course helps participants identify and use the skills, strengths, and passions they already have to find success in employment, self-employment, or both. Along the way students will learn skills that will help them get a job or start a business. It includes help with writing a business plan.

Sincerely,

Cori Hilliard
Inmate Program Coordinator

*295ᵗʰ Nationally Accredited*    *Law Enforcement Agency*

# Certificate of Completion

By the grace of G-D

Proudly presented to

## Matthew Schwartz

For having successfully completed the

Rambam: 13 Principles of Faith
Correspondence Course

Provided by

### The Aleph Institute

aleph
INSTITUTE

Awarded on 10/24/2022

Rabbi Aaron Lipskar
Executive Director

Rabbi Menachem M. Katz
Director of Prison Programs

# PACKING LIST

**Hard Cover?**

**89862**

**THIS IS NOT AN INVOICE**

**CUSTOMER ID 190952**



**THE ALEPH INSTITUTE**
9540 Collins Avenue • Surfside, Florida 33154-7127
(305) 864-5553 • Fax: (305) 864-5675

AUTHORIZED RELIGIOUS BOOKS   RELIGIOUS BOOK STORE

**☐ Military Order**

**TO:** MR & MRS RONALD & FRAN SCHWARTZ   #
**C/O:** 3308 PAGE RD
ARLINGTON HEIGHTS , IL  60004

224-904-8960        X

zzrons@sbcglobal.net

| QTY. | DESCRIPTION | |
|---|---|---|
| 1 | Rambam: The 13 Principles of Faith - Diploma | 612D |
|  | Send Duplicate | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |

**Printed**

**INV. #**
89862

**ORDER DATE**
11/4/2022

**DATE SHIPPED**

**VIA**

**BY**

**Returned**
○ Yes

**Resent Date**