From: Joseph Spiezer joe5348@gmail.com
Subject: matthew
Date: Nov 30, 2022 at 12:04:45 PM
To: zzrons@sbcglobal.net

Dear Judge,

I have been visiting Matthew Schwartz, as a representative of the local Chabad organization while he has been in the Winnebago County Jail.

During that time I have observed a number of things. First, he has taken complete responsibility for his actions. Frequently, an inmate will blame others, usually the victim, for his conduct. Matthew has never done that. He repeats over and over again that his incarceration is his fault and he blames noone other than himself. Second, his concern is not for himself but for his family. He believes that his behavior has harmed his family and children. He worries about them rather than feeling sorry for himself. Third, he recognizes his prior behavior that has resulted in his arrest and imprisonment and wants to avoid repetition of that behavior. Therefore, he has enrolled in AA, NA being uI believe that Matthew has recognized his poor life choices in the past, is unlikely to make them again and is headed in the right direction.

Joseph Spiezer