EMPLOYEE CONSULTATION SERVICES

HUMAN RESOURCES CONSULTANT

Dr. Stephanie Kutzen
Director

(847) 727-8899
Emcns1@comcast.net

December 1, 2022

RE: Schwartz, Mathew J.

To Whom It May Concern:

By way of introduction, I have been asked and am willing to provide Clinical Counseling services to Mathew Schwartz upon his re-entry post incarceration. My academic and professional credentials are: Ph.D., Social Work and Licensed Clinical Social Worker (LCSW, Illinois License #149.003367).

My professional practice areas of expertise are in the fields of Addiction and Trauma Informed Care. I believe, with confidence that Mr. Schwartz will benefit from therapeutic care in these specific areas.

Please contact me for additional information or clarification, if necessary. I can be reached at (847) 727-8899.

Sincerely,


Stephanie Kutzen, Ph.D., LCSW
SK/dk

650 Waukegan Road, Suite 342, Glenview, Illinois 60025
