**THE HINDA INSTITUTE**

Our Mission: 0% Recidivism, 100% Acceptance

January 24, 2022

To whom it may concern,

I am writing a formal letter of support for Matthew Schwartz. Mr. Ronald and Fran Schwartz and their son Matthew are clients of the Hinda Institute since 2021. The family receives casework and counseling support and our chaplains visit Matthew in the MCC when accessible.

### About the Hinda Institute

For close to 40 years, the Jewish chaplains and staff of the Hinda Institute have dedicated themselves to helping individuals and their families navigate the criminal justice system and re-entry to society with faith, community, and dignity. Our holistic approach includes support, counseling and rehabilitation services, visitation, advocacy, holiday services, educational programs, financial assistance and support for families.

### Support on Pretrial Release

The Hinda Institute will support the Schwartz family throughout his pretrial release. We will provide the following services:

1. Individual caseworkers and counseling for both the family and Matthew (weekly). They will monitor the situation and support the supervisory officers as needed.

2. Home visits by a Hinda chaplain.

3. Access to our peer support groups (family support group, addiction support group, reentering support group)

4. Monthly reentry courses

Upon Matthew's release, we will make a psychiatrist and psychologist available to evaluate Matthew and recommend a complete treatment plan.

Thank you for your time and compassion. Please don't hesitate to contact me to discuss further at (847) 334-1770.

Rabbi Binyomin Scheiman

Director; The Hinda Institute

www.hindahelps.com    847-430-4955    9401 Margail Avenue, Des Plaines, Illinois 60016

**THE HINDA INSTITUTE**
Helping Individuals Ascend
Our Mission: 0% Recidivism, 100% Acceptance

June 1, 2022

To the Honorable Andrea R. Wood

I am writing on behalf of Matthew Schwartz. I work for the Hinda Institute as a caseworker and have been meeting for over 1 month with Mathew. During our meetings Mathew has shown honest insight, acknowledged the situation he has got himself into and feels remorseful and ashamed that he let his family down. I felt that he is an honest, caring person that wants to make everything right again for himself, his children, and his parents. He especially wants to help his children and try to correct the damage he has done up till this point.

I know he has served more than 1 year. Mathew is willing to go for help as soon as he is released. The Hinda Institute is here to support him and continue to work with him now and in the future. The Hinda Institute offers support groups, reentry classes and caseworkers to assist him in becoming a contributing member of society. Mathew wants to fix the past and rebuild his life in the future.

Zev Goldberg

*Zev Goldberg*

Social Worker



www. hindahelps.com  847-430-4955  9401 Margail Avenue, Des Plaines, Illinois 60016