UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 21 CR 316 |
| | ) | |
| vs. | ) | Judge Andrea R. Wood |
| | ) | |
| MATTHEW SCHWARTZ | ) | |

**EXHIBIT 6 TO DEFENDANT'S
POSITION PAPER AS TO SENTENCING
FACTORS CONSISTING OF CHARACTER LETTERS**

Respectfully submitted:

/s/ Adam Sheppard
An Attorney for Defendant

/s/ Barry Sheppard
An Attorney for Defendant

Sheppard Law Firm, P.C.
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
Adam Sheppard IL Bar no. 6287375
Barry Sheppard IL Bar no. 2579901

## **CERTIFICATE OF SERVICE**

I hereby certify that Exhibit 6 to Defendant'sPosition Paper as to Sentencing Factors was filed on December 6, 2022, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Adam Sheppard<br>Attorney for Defendant

Adam Sheppard
180 North LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
adam@sheppardlaw.com
IL Bar. No. 6287375



**FMS LAW GROUP** LLC
FRANCISZKOWICZ | MCCARTY | SINGLER

200 W. MONROE STREET, SUITE 1340, CHICAGO, ILLINOIS 60606
P: 312 332-6381 | F:312 332-6385

May 17, 2022

<u>**Via Email**</u>
The Honorable Andrea R. Wood
United Stated District Court
Northern District of Illinois
219 s. Dearborn St.
Courtroom 1925
Chicago, IL 60604

Re: Matthew J. Schwartz

Dear Judge Wood,

    I am writing to you with regard to Matthew J. Schwartz ("Matt") and the criminal charges currently pending against Matt before your Honor. I am well-aware of the full extent of the criminal charges against Matt, having spoken to him both by telephone and email during the time of his incarceration. Matt takes full responsibility for his conduct and the actions that led to these charges. He knows how his actions have hurt people, and he is determined to do better, to be better. He wants nothing more than the opportunity to right his wrongs and move forward to a more positive life.

    I have been friends with Matt since 1988, when we met as students at the University of Illinois at Urbana-Champaign. During the more than thirty years that I have been friends with Matt, I have gotten to know his character quite well. I know the highs of the successes he has had and the lows of his darkest moments.

    What I will tell you about Matt is this: even in his most difficult moments, I truly believe he would never physically hurt anyone. It truly is not in his nature. I understand that he may have made threats, or what appear to be threats, but I do not believe for even a second that Matt would ever have carried out any such threat, whether himself or getting someone to act on his behalf. It just is not the kind of person he is, not what is in his heart.

    Matt himself has long suffered from a crisis of confidence in himself, even during the times when he appeared most successful, with a thriving business, wife, and beautiful children. Matt always secretly felt his success wasn't real and people would eventually figure that out. His lack of belief in himself (probably stemming from his teen years when he spent a lot of time seriously sick with Crohn's disease and isolated from his peers) led him to a pattern of behavior I would call something of a savior complex. He feels broken himself, and so he is always trying to

help and "fix" other "broken" people. This means he has engaged with some pretty nefarious people in his efforts to help them. He always sees good in people and believes they are capable of being saved, because he wants to believe the same about himself. His unending belief in the goodness of others has led him to ultimately make some terrible decisions, to be sure.

That leads to the truth about Matt himself; he truly is one of the kindest-hearted people I know. He wants to help everyone he can, human or animal. He opens his home, his heart, his door, and unfortunately, his wallet, to anyone in need. It doesn't matter whether Matt saw you last week, last year, or ten years ago; if you call Matt today and ask for help or friendship, he will do whatever he can for you without batting an eye. He is a loving, caring person who hurts when others hurt, and wants to make it better for everyone.

I also know Matt to be extremely frank and honest. During the last two years, particularly during the pandemic, when Matt felt even more isolated and alone, Matt and I had some deep conversations about where his path was heading. I let him know in no uncertain terms how worried I was for him. Matt never held back, never tried to lie to me, never tried to hide how bad it was. He shared the honest details, even the ones that painted him in a not-so-great light. We had conversations about what would happen to his children should anything happen to him. He wanted desperately then to turn his life back around but was unsure how even to begin doing that. He made efforts, but at that time, it wasn't enough to reverse the course he was on.

I'm not a criminal defense attorney; I'm a guardianship and decedent's estate attorney. But in practicing guardianship law, I spend a lot of time working to determine what is in a person's best interests and trying to ensure that a disabled person achieves the highest quality of life left to them. I look at Matt's case through that lens, the lens of protecting not only Matt, but other people as well. Society does not need protecting from Matt. His one year of incarceration has already taught him everything I think it was designed to do. He is as remorseful as a person could be, determined to never go down this dark road again, and extremely unlikely to be a repeat offender. He is rehabilitated; he wants a chance to rebuild his career, rebuild his relationships with his children and family, and live a clean life. He is beyond devastated by the impact his criminal case has had on his children and wants nothing more than the opportunity to reverse the damage to them, to the best of his ability. He has already suffered punishment through his one year of incarceration, during which he suffered additionally from his ongoing battle with Crohn's disease. There is no further punishment necessary to serve the purposes of justice; all goals of incarceration have been satisfied by the term he has already served.

To that end, I respectfully request that your Honor consider the most lenient sentence possible for Matt. He has no prior criminal history, was an upstanding businessman and loving father prior to the last few years of struggles. I truly believe that he is capable of living a productive life, beneficial to himself, his children, and society, going forward, if your Honor is willing to grant him that opportunity.

Thank you for your consideration of this matter.

Sincerely,

Margaret W. Sima

# Ziskind Greene & Karr, LLC
Senior Lawyer Placement
Law Firm Merger

Lawyer Search and Placement
Law Firm Merger
Career Development
Recruitment Strategies

1223 Roxbury Drive, Suite 205
Los Angeles, California 90035
(310) 734-7997
(310) 486-1670 (cell)
gz@ziskindgreene.com
ziskindgreene.com

Gregg Ziskind
Bambi Karr

Michael J. Greene
(1945-1986)

May 19, 2022

The Honorable Andrea R. Wood
U. S. District Court, Northern District
Courtroom 1925, Chambers 1956
219 S. Dearborn Street
Chicago, Illinois 60604

Your Honor:

  Thank you very much for this opportunity to address the Court in support of your consideration of Matthew Schwartz's earliest possible release from custody currently at the Winnebago County Jail. I have known Matthew all his life as his father Ronald and I were law school classmates at UCLA. I have been informed about the charges against Matthew and acknowledge their seriousness. I believe it is fair and helpful to ask you to consider the following.

  With his parents' acquiescence, I have personally had considerable opportunity to speak directly to Matthew about his behavior and the events in the months leading up to his incarceration. I found him to be very receptive to those conversations and to the profound subject matter discussed. He struck me as being quite sincere in accepting responsibility. For what he acknowledged as entirely unacceptable behavior and both his need and his desire to embrace the dramatic changes in his perspective and behavior that we discussed at great length. I find him to be a man of strong core values of compassion, honorableness, gentleness and empathy, with a strong commitment to learning from this hugely unfortunate chapter in his life to become the mensch for his children, parents, friends and for himself for his own sense of pride and accomplishment that he's always aspired to. I feel that we bonded in important ways that will prove very helpful and enduring to Matthew going forward.

  For whatever its worth, my father Louis Ziskind, my hero, was a social worker whose efforts led to his creation of the nonprofit Gateways Hospital and Mental Health Center in Los

Angeles, which helped to revolutionize the way mental health issues were dealt with throughout the nation after World War II. But, he also spent considerable time in his career of public service visiting inmates in state and federal prisons in California, providing a full spectrum of social, therapeutic and evaluative services. He was a great believer in rehabilitation, and was regularly asked by courts, both state and federal, to advise them in such matters as you are now considering with Matthew. The only relevance of this for us, I suppose, is that that with all that I learned from my father I might continue to play an important role in his rehabilitation as part of his team going forward. I am entirely committed to doing so.

As for Matthew's support team that has been identified by his parents, I believe this to be a critical component of his rehabilitation. I believe that they will have assembled a particularly strong and capable group that deserves to inspire optimism for Matthew's transition back to independent life. The team necessarily starts with Matthew's parents, Ronald and Fran Schwartz, whom I have known for almost sixty years. These are wonderful, down-to-earth, hard-working, extremely responsible people. Dealing with Matthew's problems has been very challenging for them, but they never gave up trying to help him, before his incarceration and during it, never shirking the responsibility of making sure that they preserve for Matthew the stable, strong and supportive platform necessary--financially, family-wise and emotionally--to ensure a successful transition into this next stage of his life. Matthew clearly loves his parents deeply, is keenly aware of how much he owes them, and how absolutely necessary they will be in helping him achieve his goals in life.

The group includes a social worker, a psychiatrist, a rabbi, the Hinda Foundation (Chicago) and the Aleph Foundation (New York). Other important family members with both the professional skills to help Matthew and have the credibility and deep ties of affection include Ronald's two brothers, both lawyers, and Matthew's sister who is herself a social worker.

And there's me.

I hope this proves helpful.

Best regards,

*Gregg Ziskind*
Gregg Ziskind

May 17, 2022

Dear Honorable Andrea R. Wood,

My name is Tracy Aberman and I am Matthew Schwartz's younger sister. I am reaching out today in hopes that you take my letter into consideration as you make any decisions regarding my brother. Growing up with my brother I have never witnessed my brother do anything violent towards anyone at all. He is a kind person who loves his family. I believe Matthew accepts responsibility for his actions. Matthew has endured great difficulty in prison in many areas and I know that he will work hard so that he will make necessary changes to be an upstanding member of the community and live a better life and stay out of prison. Matthew has a strong family support system in his parents and myself and I know we are all committed to helping him have adequate professional support to ensure that his prior actions will not be repeated. I believe Matthew is determined to change and make a good life for himself and his children moving forward. Matthew is a peaceful person who makes every effort to help people he cares about. Thank you for your time and consideration.

Fondly,
Tracy Aberman

**RONALD SCHWARTZ**
ATTORNEY AT LAW

SUITE 290
750 LAKE COOK RD.
BUFFALO GROVE, ILLINOIS 60089

TELEPHONE
(847) 398-3690
FAX (847) 398-7445

May 22, 2022

To: Honorable Andrea R. Wood

Re: Matthew Jason Schwartz

Dear Honorable Andrea R. Wood,

We are Matthew's parents. We are writing this letter for your consideration concerning the decisions you will make in his case and for his future. We are aware of the seriousness of the charges as is Matthew. Matthew does take responsibility for his actions and for the situation that he is in. His pretrial incarceration has aided his awareness of his situation and has given him time to consider what has occurred and given him the opportunity to evaluate and plan for his future. For most of his life, Matthew has been a good father, a good husband, a good friend, and a good employer. He has never been in trouble with the law and has no record of any wrong doing.

His problems with deteriorating home life as well as with his deteriorating business life are results of drugs usage and the consequential bad judgment that the drugs produced and that he made.

He has been off of drugs while incarcerated and plans to stay off drugs. We plan to assist him as he moves forward with therapy, counselors, social workers, psychiatrists, clergymen, and other professionals that will assist him to stay a law abiding person and help him return to becoming a contributing, productive member of the community and an excellent father. We also know that these are his goals. We will do whatever is necessary to see that Matthew is successful.

We are aware that Matthew wants to return to becoming an active parent and to restart gainful employment immediately. He wants to be there to help his children and become a big part of their lives.

His experience being locked up has lead to his focus to never return to drug issues and issues with the law again. We hope that he can be returned as soon as possible to being a father and a productive member of society.

Very truly yours,

RONALD SCHWARTZ
FRAN SCHWARTZ

To Whom it may concern,

It's honestly upsetting seeing Matt having to go through this. I've known him for a while & honestly can say people change people! I personally knew alot of things that went on, from him being attacked, pushed down stairs & people even using him to the point they kilt his dog. He has always been good people! Full of knowledge & life. ~~~~~~ He gave the wrong love to the wrong people because all everyone did was use & abuse him. They stole many things from him also & I used to tell him that he couldn't be nice to everyone. He's a fantastic father of 3 beautiful children. Society honestly turned him insane. Society is cruel! This man would give his shirt off his back to someone & very generous & empathetic & cared for his loved ones dearly & made everyone problem his problem. He's nothing what the court view him as, & honestly is the last of the system worries. The knowledge & brain he has he should be working w/ya'll or somewhere higher. Mental & emotional abuse is real & I think you guys should consider that when sentencing him. He deserves a second chance in showing that he is a productive citizen. I was around, I was there and the truth is society has alot ~~ of work to do because if your not strong enough, it will literally break you. ~~~~~~~~~~~~~~~~ just like it broke him & left him w/ nothing. But this is the outcome of having a heart!

— Remy

Nykeria Burts
1101 Paris mountain Rd
Greenville, SC, 29615

GREENVILLE SC

Mathew Schwartz
3308 Page Rd
Arlington Heights 60004

To: The Honorable Andrea R Wood
From: Deborah L. Iles, B.S.W.
Subject: Matthew J. Schwartz

Hello your Honor. Please allow me to introduce myself. I am a Geriatric/Legal/Community, Medical Social Worker and Advocate for the past 25 years. I am a former Elder Abuse Investigator for the state of Illinois. I tend to surround myself with "good" people.

I have been friends with Matthew J. Schwartz since the Fall of 2007. I met him through a mutual friend and we connected immediately and have maintained a close relationship for the past 15 years. My observations of Matthew through the years is that he is an incredibly intelligent and creative man with an enormous heart. He cares deeply for his friends and family. I've never known anyone that works harder than Matthew in my life!

I have seen Matthew in good times and in bad. Throughout, he has always been what I consider to be a respectable man, son, brother, father and friend. He has his flaws as do we all but I have never seen him be mean spirited or disrespectful to anyone in all these years. I have spent a lot of time with him and have always seen his amazing love and commitment to his three children. He has always made them a priority. His parenting and being present for his children has always impressed me.

As for the case before you, he has taken responsibility for everything that he has done. He has admitted to wrongdoing and he has expressed great remorse to me when confronted with the facts. I believe that Matthew clearly understands and accepts responsibility for everything. He has never voiced or shifted responsibility towards anyone else regarding this case when we have discussed it. He is remorseful and not because he got "caught" but because this was well out of character and such a detour from who he is.

Matthew has always had an incredible work ethic and such a sense of grace when dealing with difficult situations. He has so much to offer to his family, friends and his work. He has worked very hard for many years and clearly cares deeply for everyone in his life.

I believe in Matthew 100% and I will never leave his side.

Matthew's reputation has always been important to him through the years. He is a kind, caring man with so much hope in my opinion. I feel like I know him better than most because he has always been truthful with me even when it didn't show him in the best light.

In closing, I hope that you will consider his history of being a highly functional member of society and a good and loving person.

Sincerely,
Deborah L. Iles
(847)899-9704

# Colene A Taylor

From: Colene Taylor (coleneataylor@gmail.com)
To: schwartzronald@att.net
Date: Tuesday, May 17, 2022, 08:19 AM CDT

The Honorable Andrea R. Wood,

    I've known Matthew Schwartz for 12 years. When I met him he was the CEO of Nelix a web design company and within a few years he became the CEO of a successful credit card swiping business called Transax then he sold Transax and became a millionaire. Matthew has a great head for business but I have seen him be abused, neglected and used by women since I've met him. He's kind hearted and generous with his time and money to help others. When he repaid his investors for helping him get Nelix started he paid them back with a generous interest rate to show his appreciation. The women that he dated broke his heart and crushed his pride.

    I am aware of the charges that he faces and I believe that he accepts responsibility for his actions. I strongly believe that given the chance he will be a great business man once again and he will choose his girlfriends more wisely. Please let me know if there is anything I can do to help Matthew Schwartz clear his name. I believe that he will make better choices in his personal life in the future given the chance.

Thank you for your time.
Sincerely,
Colene Taylor

JONATHAN R. SICK<br>
(T) 312 775 808196<br>
jsick@mcandrews-ip.com

May 19, 2022

The Honorable Andrea R. Wood
United States District Court for the Northern District of Illinois

    Re:    Matthew J. Schwartz

Dear Honorable Judge Wood:

    I am writing on behalf of Matthew Schwartz, who is presently incarcerated in the Federal prison system. I have known Matt for many years. We met each other in college (in the late 80s or early 90s), where we lived in the same house for several years. I have maintained my friendship with him in the many years since that time. Also, I am an intellectual property attorney, and I have represented Matt and his company in trademark matters from time to time over the years. In my interactions with him, Matt has always been a truthful and kind person.

    I am aware of the charges against Matt, and I had the chance to speak with Matt briefly during his incarceration. I believe that Matt has accepted responsibility for what he did. I also know that Matt has had a difficult time during his imprisonment (as may be expected). I respectfully ask that you consider my comments as you act on Matt's case.

    Very truly yours,

    /Jonathan R. Sick/

    Jonathan R. Sick

EMPLOYEE CONSULTATION SERVICES
HUMAN RESOURCES CONSULTANT

Dr. Stephanie Kutzen
Director

(847) 727-8899
Emcnsl@comcast.net

December 1, 2022

RE: Schwartz, Mathew J.

To Whom It May Concern:

By way of introduction, I have been asked and am willing to provide Clinical Counseling services to Mathew Schwartz upon his re-entry post incarceration. My academic and professional credentials are: Ph.D., Social Work and Licensed Clinical Social Worker (LCSW, Illinois License #149.003367).

My professional practice areas of expertise are in the fields of Addiction and Trauma Informed Care. I believe, with confidence that Mr. Schwartz will benefit from therapeutic care in these specific areas.

Please contact me for additional information or clarification, if necessary. I can be reached at (847) 727-8899.

Sincerely,

Stephanie Kutzen, Ph.D., LCSW
SK/dk

650 Waukegan Road, Suite 342, Glenview, Illinois 60025

Fwd:

From: Ronald Schwartz (zzrons@sbcglobal.net)
To: schwartzronald@att.net
Date: Monday, October 31, 2022, 03:59 PM CDT

Sent from my iPhone

Begin forwarded message:

> From: Richard Abrams <abraham198@sbcglobal.net>
> Date: October 31, 2022 at 3:50:57 PM CDT
> To: zzrons@sbcglobal.net

**Richard S. Abrams, MD, SC**

**3525 W. Peterson Ave, Suite T-18**

**Chicago, Il 60659**

**Tel: 773/3487003. Fax: 8472567880**

Certified Amer. Bd. Psychiatry

To Whom It May Concern:

I will be available to provide psych and pharmacotherapy to Mr. Matthew Schwartz, when he is available

## Fwd:

From: Ronald Schwartz (zzrons@sbcglobal.net)
To: schwartzronald@att.net
Date: Monday, October 31, 2022, 03:40 PM CDT

Sent from my iPhone

Begin forwarded message:

> From: Richard Abrams <abraham198@sbcglobal.net>
> Date: October 31, 2022 at 3:10:17 PM CDT
> To: zzrons@sbcglobal.net

## Richard S. Abrams, MD, SC
### 3525 W. Peterson Ave, Suite T-18
### Chicago, Il 60659
### Tel: 773/3487003. Fax: 8472567880

Certified Amer. Bd. Psychiatry

To Whom It May Concern:

I will be available to provide psych and pharmacotherapy to Mr. Matthew Swartz, when he is available

Richard Abrams, MD