**U.S. Department of Justice**
United States Attorney's Office

**ATTESTATION OF POSSESSION**
(For Use by FBI)

| **MATTERS REGARDING:** Preliminary Order of Forfeiture | COURT CASE NUMBER: 21 CR 316 <br> DEFENDANT(S): Matthew Schwartz |
|---|---|

THE FOLLOWING ITEM(S) ARE IN THE POSSESSION OF THE FEDERAL BUREAU OF INVESTIGATION:

**PROPERTY**

ITEM DESCRIPTION(S): a San Disk USB thumb drive

LOCATION:
**Federal Bureau of Investigation**
**Chicago Division**

---

OFFICIAL AGENT OR REPRESENTATIVE OF THE FBI

☒ I hereby certify that the above-described property is currently in FBI custody.

☒ I hereby certify that the FBI has received a copy of the Preliminary Order of Forfeiture regarding the property above.

| Name: HOLLY GROFF | Title: Special Agent |
|---|---|
| Signature: *Holly Groff* | Date: 04/10/2023 |

---

PLEASE RETURN EXECUTED FORM VIA EMAIL TO:

| Name: Martiza Galaviz | Organization / Title: USAO-NDIL / Paralegal |
|---|---|
| Email: martiza.galaviz@usdoj.gov | |