# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                        Case No.: 1:21–cr–00316
                                        Honorable Andrea R. Wood

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 25, 2023:

        MINUTE entry before the Honorable Andrea R. Wood as to Matthew Schwartz: The Government is directed to file a response to Defendant Schwartz's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) [104] by 9/22/2023. No reply brief is necessary. The Court intends to rule based on the written submissions. If additional briefing or a hearing is necessary, the Court will so inform the parties. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.