The Honorable Judge Andrea R. Wood
United States District Court
Northern District of Illinois
219 South Dearborn Street
Room 2146
Chicago, Illinois 60604

**FILED**

OCT 17 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: Matthew Jason Schwartz
    Date of Birth 7-5-1969
    Case number: 1:21-CR-00316(1)

Hello Judge Wood:

I enclosed a letter provided to us in recent days from Matthew's primary care physician, Dr. Rubin, which letter speaks directly to the issues presented in the Government's response to Matthew's motion for compassionate release. I most kindly ask that you read this letter as part of your continuing deliberations regarding the motion and I appreciate your consideration more than you can imagine.

    Sincerely,

    *Fran Schwartz*

    Fran Schwartz
    Matthew's mother



AT THE FOREFRONT
UChicago Medicine | Digestive Diseases Center

DEPARTMENT OF MEDICINE
5841 S. Maryland Avenue, MC 4076 Chicago, IL 60637-1470
Phone 773-702-2950; Fax: 773-702-2182

David T. Rubin, M.D., FACG, AGAF, FACP, FASGE
The Joseph B. Kirsner Professor of Medicine
Professor of Pathology
Chief, Section of Gastroenterology, Hepatology & Nutrition
drubin@bsd.uchicago.edu

October 11, 2023

To Whom It May Concern:

I write this letter to document my care and expert opinion regarding the situation of medical health for Matthew J. Schwartz (DOB 5 July 1969), whom I understand is currently incarcerated in Michigan.

By way of introduction, I am a Professor of Medicine and the Director of the University of Chicago Inflammatory Bowel Disease Center. I am an international expert of the management and diagnosis of Crohn's disease and take care of patients like Mr. Schwartz but also perform original research and have written the guidelines for clinical management of patients like him.

Mr. Schwartz has been my patient since 2017 and I know his situation quite well. He has a history of <u>severe complex Crohn's disease of the small bowel and colon</u>. He has required surgery and has known ongoing complications that include multiple fistula tracks connecting the small intestine to the large intestine.

Crohn's disease is a chronic medically incurable condition that is characterized by a progressive nature that leads to irreversible damage and complications of the bowel, extra-intestinal manifestations including joint pain and skin inflammation, and known risks of mental health disorders. Crohn's disease requires chronic management and monitoring in order to maintain control of the condition. Importantly, Crohn's disease can be symptomatically silent but still lead to progressive complications that are irreversible. Mr. Schwarz has demonstrated that his Crohn's disease is of this behavior and type, and therefore he requires ongoing monitoring of both his bowel and his laboratory values.

Furthermore, given the chronic and severe nature of his complicated Crohn's disease, it is my expert opinion that he needs regular care and monitoring at a tertiary center, such as mine, or the University of Michigan in Ann Arbor for the proper management of his disease. To obtain this level of care, I would request that he be released to home confinement.

The premise that he would be seen in sick call at the prison if he were suffering from this chronic and progressive condition is false, and is not consistent with the standards of care for such patients and their ongoing disease monitoring. While I accept that there is medical care provided at the prison, I am writing this with the concern I have for further progressive complications of his Crohn's disease, which are avoidable with proper expert care but would not be within the usual care and management at the prison.

As an authority in the field and as Mr. Schwartz's Crohn's disease physician, I ask that you provide all due accommodations and considerations to the request to have him released for appropriate care to manage his disease properly. Mr. Schwartz has provided me with permission to provide more information, should it be necessary.

Thank you.

David T. Rubin, MD
Joseph B. Kirsner Professor of Medicine and Professor of Pathology
Chief, Section of Gastroenterology, Hepatology, and Nutrition
Director, Inflammatory Bowel Disease Center
University of Chicago Medicine