

**FILED**

NOV 3 0 2023 K G

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The Honorable Judge Andrea R. Wood
United States District Court
Northern District of Illinois
219 South Dearborn Street
Room 2146
Chicago, Illinois 60604

Re: Matthew Jason Schwartz
    Date of Birth 7-5-1969
    Case number: 1:21-CR-00316(1)

Hello Judge Wood:

Reference is made to prior communications regarding Matthew Jason Schwartz's motion for compassionate release and Dr. Rubin's prior letters.

There have been several new cases of Covid at the Milan Correctional Institution where Matthew has been since his sentence. The individuals with Covid have been kept in the same residential section where Matthew is due to a shortage of beds to quarantine these cases. This is a very dangerous situation as Matthew's Crohn's disease is a immuno deficiency disease and he is immuno suppressant compromised from the disease. He is further endangered due to his unique fistulazation of the disease. He daily has pain and his bathroom situation is extremely difficult. In addition, he has lost over 25 pounds in the last year.

I most kindly ask that you read this letter as part of your continuing deliberations regarding the motion and I appreciate your consideration.

Sincerely,

*Fran Schwartz*

Fran Schwartz
Matthew's mother