JXM

FILED
FEB 06 2024 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Wood

I understand you are reviewing my motion for compassionate release. I am writing to appeal to you to please consider granting this motion.

I am currently scheduled to be released to halfway house on 4/2/24. That is only 2 months away, with my release date in June 2024. If you decide to grant the compassionate release, I will only be leaving 2 months earlier, but then I will be on home confinement until June 2025, essentially keeping me locked up a year longer!

However, I am willing to make that concession even if it only provides me relief from my disease for 2 months.

Because with home confinement

1) I could use the bathroom whenever I needed to.
2) I could eat food favorable to my digestive system
3) I could eat when it was favorable to my digestive system
4) My intestines could be monitored by a capable doctor. No doctor monitors my disease currently.
5) I could be properly medicated by a doctor familiar with my condition. I am not currently.
6) I would not be in intestinal pain constantly and I would not have constant intestinal duress.

Please consider this.
Thank you very much

for your time and consideration

I have completed a ton of programming including

- Anger Management
- Sex Offender Thinking Errors

And I am almost done with RDAP. I feel I am ready to re-enter society, stay sober, and away from the bad decisions that led me to break the law.

Thank you for reading my letter.

Sincerely
Matthew Schwartz

Mom/Dad

If you think this letter will help, send it!

Ask David

Matthew Schwartz
54469-424
Federal Correctional Institution
P.O. Box 1000
Milan, Michigan 48160

CAROL STREAM IL 601
2 FEB 2024 PM 9 L
FOREVER / USA

The Honorable Judge Andrea R. Wood
United States District Court
Northern District of Illinois
219 South Dearborn Street
Room 2146
Chicago, Illinois 60004

